# EXHIBIT A

**EXHIBIT A**

**MCI'S COPYRIGHTED DESIGNS**

| Copyright Registration | Title of Work (Character) |
|---|---|
| VA 1-959-907 | Captain America Civil War Style Guide |
| VA 1-978-762 | Captain America Civil War Style Guide Phase 3 |
| VA 1-659-545 | Marvel Comics Style Guide |
| VA 1-639-102 | Marvel Comics Style Guide |
| PA 1-910-955 | Guardians of the Galaxy |
| VA 1-910-325 | Guardians of the Galaxy – Teaser 1 Sheet |
| VA 1-154-047 | Ultimate X-Men Style Guide |
| VA 1-639-104 | X-Men Style Guide 2005 |
| VA 1-154-045 | X-Men – Evolution Style Guide |
| VA 1-639-093 | Wolverine and the X-Men Animated Series Style Guide |
| TX 3-909-233 | X-Force Prisoners of Fate |
| VA 1-688-574 | The Punisher Style Guide |
| TX 4-888-597 | The Punisher: Empty Quarter |

# EXHIBIT B

**EXHIBIT B**

**MCI'S TRADEMARKS**

| Trademark | Trademark Registration No. | Trademark Registration Date | International Class(es) of Goods |
|---|---|---|---|
|  | 3026739 | 12/13/05 | 25 |
|  | 0893770 | 6/30/70 | 16 |
| EPIC | 1284248 | 7/3/84 | 16 |
| GROOT | Serial No. 86563936 | Filed 8/11/15 | 16 |
| IRON MAN | 2207783 | 12/8/98 | 25 |
| SUPER HERO | 0825835 | 3/14/67 | 25 |
| HULK | 1242914 | 6/21/83 | 25 |
| X-MEN | 1723928 | 10/13/92 | 25 |
| FANTASTIC FOUR | 2211338 | 12/15/98 | 25 |
| MARVEL | 2918286 | 1/18/05 | 25 |
|  | 1834680 | 5/3/94 | 25 |
| X-MEN | 2052216 | 4/15/97 | 25 |
| DAREDEVIL | 2074063 | 6/24/97 | 25 |
| CAPTAIN AMERICA | 3365289 | 1/8/08 | 25 |
| THE MIGHTY THOR | 3785155 | 5/4/10 | 25 |
| SUPER HERO SQUAD | 3998439 | 7/19/11 | 25 |
| STARK INDUSTRIES | 4127017 | 4/10/12 | 25 |
| AVENGERS | 2940211 | 4/12/05 | 25 |
| SUPER HEROES | 3674448 | 8/25/09 | 25 |
| PUNISHER | 2990607 | 8/30/05 | 25 |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit B

| | | | |
|---|---|---|---|
| MARVEL | 3116241 | 7/18/06 | 25 |
| SILVER SURFER | 3126798 | 8/8/06 | 25 |
| (Avengers logo) | 4234468 | 10/30/12 | 25 |
| THOR: THE DARK WORLD | 4534181 | 5/20/14 | 25 |
| HULK SMASH | 4527862 | 5/13/14 | 25 |
| THE WINTER SOLDIER | 4606026 | 9/16/14 | 25 |
| THE DARK WORLD | 4617989 | 10/7/14 | 25 |
| IRON PATRIOT | 4700205 | 3/10/15 | 25 |
| GUARDIANS OF THE GALAXY | 4704586 | 3/17/15 | 25 |
| COULSON LIVES | 4728269 | 4/28/15 | 25 |
| AGENTS OF S.H.I.E.L.D. | 4728271 | 4/28/15 | 25 |
| GUARDIANS OF THE GALAXY | 4756522 | 7/16/15 | 25 |
| AVENGERS ASSEMBLE | Serial No. 85972894 | Filed 6/28/13 | 25 |
| AVENGERS AGE OF ULTRON | Serial No. 86317782 | Filed 6/23/14 | 25 |
| AVENGERS | Serial No. 86338494 | Filed 7/16/14 | 25 |
| JESSICA JONES | Serial No. 86338483 | Filed 7/16/14 | 25 |
| DOCTOR STRANGE | Serial No. 86348208 | Filed 7/25/14 | 25 |
| BIG HERO 6 | Serial No. 86352924 | Filed 7/30/14 | 25 |
| (Marvel Disk Wars: The Avengers logo) | Serial No. 86157380 | Filed 1/3/14 | 25 |
| MARVEL DISK WARS: THE AVENGERS | Serial No. 86157408 | Filed 1/3/14 | 25 |
| DISK WARS | Serial No. 86157389 | Filed 1/3/14 | 25 |
| AWESOME MIX | Serial No. | Filed | 25 |

| | | | |
|---|---|---|---|
| | 86665999 | 6/17/15 | |
| COSMIC MIX | Serial No. 86666027 | Filed 6/17/15 | 25 |
| STARK INDUSTRIES | Serial No. 86200224 | Filed 2/21/14 | 25 |
| CAPTAIN AMERICA: CIVIL WAR | Serial No. 86435158 | Filed 10/27/14 | 25 |
| DEADPOOL | Serial No. 86718299 | Filed 8/7/15 | 25 |
| AGE OF ULTRON | Serial No. 86015494 | Filed 7/19/13 | 25 |
|  | Serial No. 86296543 | Filed 5/30/14 | 25 |
| CAPTAIN MARVEL | Serial No. 86435556 | Filed 10/27/14 | 25 |
| AVENGERS: INFINITY WAR | Serial No. 86435286 | Filed 10/27/14 | 25 |
| INHUMANS | Serial No. 86435974 | Filed 10/27/14 | 25 |
| FANTASTIC FOUR | 0893303 | 6/23/70 | 16 |
| THE INCREDIBLE HULK | 0890917 | 5/12/70 | 16 |
| MARVEL | 0870506 | 6/3/69 | 16 |
| SUB-MARINER | 0891593 | 5/26/70 | 16 |
| THE AVENGERS | 0885486 | 2/3/70 | 16 |
| CAPTAIN AMERICA | 0854655 | 8/13/68 | 16 |
| IRON MAN | 0893304 | 6/23/70 | 16 |
| THE MIGHTY THOR | 0890918 | 5/12/70 | 16 |
| DAREDEVIL | 0891294 | 5/19/70 | 16 |
| MARVEL BOY | 0913594 | 6/8/71 | 16 |
| THE HUMAN TORCH | 0884168 | 1/13/70 | 16 |
| TOMB OF DRACULA | 0959886 | 5/29/73 | 16 |
| THOR | 0958186 | 5/1/73 | 16 |
| HULK | 0970791 | 10/16/73 | 16 |
| CAPTAIN MARVEL | 0976419 | 1/8/74 | 16 |
|  | 0891591 | 5/26/70 | 16 |

| | | | |
|---|---|---|---|
|  | 0885487 | 2/3/70 | 16 |
|  | 0882903 | 12/23/69 | 16 |
|  | 0879980 | 11/4/69 | 16 |
| GHOST RIDER | 1044113 | 7/20/76 | 16 |
| WARLOCK | 1111736 | 1/23/79 | 16 |
| POWER MAN | 1064435 | 4/26/77 | 16 |
| NOVA | 1099494 | 8/15/78 | 16 |
| THE INHUMANS | 1082514 | 1/17/78 | 16 |
| IRON FIST | 1082515 | 1/17/78 | 16 |
| THE INVADERS | 1082516 | 1/17/78 | 16 |
| DOCTOR STRANGE | 1099497 | 8/15/78 | 16 |
| HOWARD THE DUCK | 1099500 | 8/15/78 | 16 |
| STAR-LORD | 1139223 | 9/2/80 | 16 |
| BLACK PANTHER | 1163660 | 8/4/81 | 16 |
| X-MEN | 1161898 | 7/21/81 | 16 |
| HULK | 1252880 | 10/4/83 | 16 |
| MARVEL UNIVERSE | 1272677 | 4/3/84 | 16 |
| THE THING | 1280728 | 6/5/84 | 16 |
| WOLVERINE | 1395639 | 6/3/86 | 16 |
| POWER PACK | 1403958 | 8/5/86 | 16 |
| SECRET WARS | 1380412 | 1/28/86 | 16 |
| X-FACTOR | 1435538 | 4/7/87 | 16 |
| THE PUNISHER | 1546411 | 7/4/89 | 16 |
| EPIC | 1284248 | 7/3/84 | 16 |
| ALPHA FLIGHT | 1301601 | 10/23/84 | 16 |
| THE NEW MUTANTS | 1301605 | 10/23/84 | 16 |
| MARVEL AGE | 1301604 | 10/23/84 | 16 |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit B

| | | | |
|---|---|---|---|
| X-MEN | 1323166 | 3/5/85 | 16 |
| CAPTAIN AMERICA | 1349244 | 7/16/85 | 16 |
| SUPER-VILLAINS | 1324393 | 3/12/85 | 16 |
| X-FORCE | 1685314 | 5/5/92 | 16 |
| CABLE | 1736549 | 12/1/92 | 16 |
| NAMOR | 1752508 | 2/16/93 | 16 |
| ELEKTRA | 1797765 | 10/12/93 | 16 |
| BISHOP | 1736550 | 12/1/92 | 16 |
| WAR MACHINE | 1797824 | 10/12/93 | 16 |
| DEADPOOL | 1828247 | 3/29/94 | 16 |
| SABRETOOTH | 1836773 | 5/17/94 | 16 |
| BLADE | 1949390 | 1/16/96 | 16 |
| BEAST | 1858599 | 10/18/94 | 16 |
| GREEN GOBLIN | 2132961 | 1/27/98 | 16 |
| VENOM | 1844354 | 7/12/94 | 16 |
| HAWKEYE | 1855764 | 9/27/94 | 16 |
| STORM | 1858598 | 10/18/94 | 16 |
| GAMBIT | 1885991 | 3/28/95 | 16 |
| MARVEL COMICS | 1751227 | 2/9/93 | 16 |
| CYCLOPS | 1900602 | 6/20/95 | 16 |
| MAGNETO | 1901698 | 6/27/95 | 16 |
| PROFESSOR X | 1901699 | 6/27/95 | 16 |
| ROGUE | 1911299 | 8/15/95 | 16 |
| WEAPON X | 1917929 | 9/12/95 | 16 |
| X-MEN | 2080843 | 7/22/97 | 16 |
| DOC SAMSON | 2566361 | 5/7/02 | 16 |
| THUNDERBOLTS | 2192684 | 9/29/98 | 16 |
| SILVER SURFER | 2353958 | 5/30/00 | 16 |
| MAN-THING | 2192422 | 9/29/98 | 16 |
| EARTH X | 2258049 | 6/29/99 | 16 |
| THE HOUSE OF IDEAS | 2273858 | 8/31/99 | 16 |
| MARVEL ADVENTURES | 2253189 | 6/15/99 | 16 |
| QUICKSILVER | 2288626 | 10/26/99 | 16 |
| MARVEL KNIGHTS | 2234331 | 3/23/99 | 16 |
| MASTERWORKS | 2319549 | 2/15/00 | 16 |
| DEFENDERS | 2535389 | 2/5/02 | 16 |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit B

| | | | |
|---|---|---|---|
| UNIVERSE X | 2477357 | 8/14/01 | 16 |
| HELLCAT | 2482479 | 8/28/01 | 16 |
| SPACEKNIGHTS | 2485271 | 9/4/01 | 16 |
| BLACK WIDOW | 2571051 | 5/21/02 | 16 |
| SENTRY | 2565136 | 4/30/02 | 16 |
| CLOAK AND DAGGER | 4080329 | 1/3/12 | 16 |
| SUPER HERO SQUAD | 3814959 | 7/6/10 | 16 |
| THE TWELVE | 3500019 | 9/9/08 | 16 |
| DEATHLOK | 3778622 | 4/20/10 | 16 |
| CLANDESTINE | 4247765 | 11/27/12 | 16 |
| ANNIHILATION | 3449315 | 6/17/08 | 16 |
| QUASAR | 3523875 | 10/28/08 | 16 |
| ETERNALS | 3523873 | 10/28/08 | 16 |
| LUKE CAGE | 3536264 | 11/25/08 | 16 |
| SECRET INVASION | 3607269 | 4/14/09 | 16 |
| GUARDIANS OF THE GALAXY | 3562304 | 1/13/09 | 16 |
| DAMAGE CONTROL | 3523872 | 10/28/08 | 16 |
| SKRULLS | 3610063 | 4/21/09 | 16 |
| TRUE BELIEVERS | 3621691 | 5/19/09 | 16 |
| SKAAR | 3693500 | 10/6/09 | 16 |
| CAPTAIN BRITAIN | 3738692 | 1/19/10 | 16 |
| CARNAGE | 3944779 | 4/12/11 | 16 |
| DAILY BUGLE | 4060346 | 11/22/11 | 16 |
| DAZZLER | 4112138 | 3/13/12 | 16 |
| FALCON | 4118872 | 3/27/12 | 16 |
| KA-ZAR | 3944780 | 4/12/11 | 16 |
| SUPER-SOLDIER | 4016286 | 8/23/11 | 16 |
| X-MEN ORIGINS | 3708394 | 11/10/09 | 16 |
| MS. MARVEL | 3708691 | 11/10/09 | 16 |
| MARVELMAN | 3929407 | 3/8/11 | 16 |
| MYSTERY MEN | 4012950 | 8/16/11 | 16 |
| REALM OF KINGS | 3881086 | 11/23/10 | 16 |
| SHADOWLAND | 3877877 | 11/16/10 | 16 |
| NECROSHA | 3877878 | 11/16/10 | 16 |
| DOMINIC FORTUNE | 3763208 | 3/23/10 | 16 |
| DESTROYER | 3672596 | 8/25/09 | 16 |
| ULTIMATE X-MEN | 2621394 | 9/17/02 | 16 |
| AGENT X | 2710183 | 4/22/03 | 16 |
| KILLRAVEN | 2766941 | 9/23/03 | 16 |
| RUNAWAYS | 2834639 | 4/20/04 | 16 |
| SHE-HULK | 2943961 | 4/26/05 | 16 |
| RAWHIDE KID | 2988005 | 8/23/05 | 16 |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit B

| MOON KNIGHT | 3164151 | 10/24/06 | 16 |
|---|---|---|---|
| MARY JANE | 3148819 | 9/26/06 | 16 |
| MACHINE TEEN | 3142286 | 9/12/06 | 16 |
| S.H.I.E.L.D. | 3867704 | 10/26/10 | 16 |
| DOOMWAR | 3913395 | 2/1/11 | 16 |
|  | 443812 | 11/12/13 | 16 |
| AGENTS OF ATLAS | 4069748 | 12/13/11 | 16 |
| VILLAINS FOR HIRE | 4224492 | 10/16/12 | 16 |
| MORBIUS: THE LIVING VAMPIRE | 4506592 | 4/1/14 | 16 |
| THOR: THE DARK WORLD | 4534180 | 5/20/14 | 16 |
| FANTOMEX | 4512319 | 4/8/14 | 16 |
| THE WINTER SOLDIER | 4621622 | 10/14/14 | 16 |
| NICK FURY | 4708540 | 3/24/15 | 16 |
| GUARDIANS OF THE GALAXY | 4712820 | 3/31/15 | 16 |
| NICK FURY AGENT OF SHIELD | 4716697 | 4/7/15 | 16 |
| AGENTS OF S.H.I.E.L.D. | 4717132 | 4/7/15 | 16 |
| COULSON LIVES | 4717131 | 4/7/15 | 16 |
| AVENGERS ASSEMBLE | 4813364 | 9/15/15 | 16 |
| ROCKET RACOON | 4798180 | 8/28/15 | 16 |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit B

# EXHIBIT C

**EXHIBIT C**

**DEI'S COPYRIGHTED DESIGNS**

| Copyright Registration | Title of Work (Character) |
|---|---|
| VA 58 937 | Mickey - 1 (Mickey Mouse) |
| VA 58 938 | Minnie - 1 (Minnie Mouse) |
| Gp 80 184 | Donald Duck |
| VA 58 933 | Daisy - 1 (Daisy Duck) |
| VA 58 936 | Goofy -1 (Goofy) |
| Gp 80 192 | Pluto |
| VAu 64 814 | Baby Mickey |
| VAu 64 814 | Baby Minnie |
| VAu 73 216 | Baby Donald Duck |
| VAu 73 217 | Baby Daisy Duck |
| VAu 83 225 | Baby Goofy |
| VAu 73 219 | Baby Pluto |
| R 48 971 | Disney's Uncle Scrooge in Only a Poor Old Man |
| RE 424 728 | Walt Disney's Ludwig von Drake |
| Gp 105 126 | Horace Horsecollar |
| R 567 615 | Chip |
| R 567 614 | Dale |
| VA 184 345 | Huey, Dewey & Louie -1 |
| Gp 105 128 | Clarabelle Cow |
| RE 636 587 | **Winnie the Pooh and the Honey Tree** |
| RE 718 378 | **Winnie the Pooh and the Blustery Day** |
| VA 58 940 | Pooh - 1 (Winnie the Pooh) |
| Gp 81 528 | Rabbit |
| Gp 81 528 | Owl |
| Gp 85 651 | Kanga and Roo |
| Gp 81 528 | Eeyore |
| Gp 81 528 | Piglet |
| Gp 81 528 | Gopher |
| Gp 81 527 | Tigger |
| R 354 235 | **Snow White and the Seven Dwarfs** |
| R 346 870 | Bashful |
| R 346 869 | Doc |
| R 346 875 | Dopey |
| R 346 876 | Grumpy |
| R 346 871 | Happy |
| R 346 874 | Sleepy |
| R 346 873 | Sneezy |
| R 346 872 | Snow White |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit C

| | |
|---|---|
| R 346 868 | Snow White "Witch" |
| R 406 910 | **Pinocchio** |
| Gp 80 186 | Pinocchio |
| Gp 80 188 | Jiminy Cricket |
| R 427 860 | **Fantasia** |
| R 433 627 | **The Reluctant Dragon** |
| R 442 538 | **Dumbo** |
| R 428 428 | Dumbo Suggestions for Dumbo |
| R 428 420 | Mother Elephant Suggestions for "Dumbo" |
| R 428 430 | Dumbo Ringmaster Suggestions 1348 |
| R 428 427 | Dumbo - Stork Suggestions |
| R 428 426 | Timothy Mouse Suggestions |
| R 428 432 | Dumbo "Miscellaneous Crows" - 2006 |
| R 458 260 | **Bambi** |
| R 433 645 | Bambi - Bambi |
| R 433 630 | Bambi - Final Thumper Model - 2002 |
| R 433 631 | Bambi - Skunk Model - 2002 |
| R 433 636 | Bambi - Owl and Stag Models |
| R 433 632 | Faline "Adolescent Age" |
| R 433 633 | Bambi's Mother |
| R 467 541 | **Saludos Amigos** |
| R 464 785 | Joe Carioca |
| R 516 560 | **The Three Caballeros** |
| R 550 316 | **Make Mine Music** |
| R 557 922 | **Song of the South** |
| R 548 629 | Brer Rabbit |
| R 548 626 | Brer Bear |
| R 577 489 | **Fun and Fancy Free** |
| R 605 180 | **Melody Time** |
| R 636 303 | **The Adventures of Ichabod & Mr. Toad** |
| R 648 396 | **Cinderella** |
| R 632 319 | Cinderella |
| R 632 319 | Drizella |
| R 632 319 | Anastasia |
| R 632 319 | Stepmother |
| R 632 319 | Fairy Godmother |
| R 632 319 | Prince |
| R 632 319 | Bruno, the Dog |
| R 632 319 | Lucifer, the Cat |
| R 632 319 | Jaq and Gus |
| RE 27 746 | **Alice in Wonderland** |
| VA 58 920 | Alice - 1 (Alice) |
| VA 58 919 | Alice - 2 (The White Rabbit) |
| VA 58 921 | Alice – 3 (Queen of Hearts) |
| VA 58 922 | Alice - 4 (Cheshire Cat) |
| VA 58 923 | Alice - 5 (Caterpillar) |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit C

| | |
|---|---|
| VA 58 924 | Alice - 6 (Tweedledee and Tweedledum) |
| VA 58 922 | March Hare |
| VA 58 922 | Mad Hatter |
| RE 64 027 | **Peter Pan** |
| RE 66 285 | Peter Pan |
| RE 66 285 | Tinkerbell |
| RE 66 285 | Captain Hook |
| RE 66 285 | Mr. Smee |
| RE 66 285 | Nana |
| RE 162 852 | **Lady and the Tramp** |
| RE 101 764 | Lady |
| RE 101 764 | Tramp |
| RE 296 296 | **Sleeping Beauty** |
| RE 246 671 | Princess Aurora |
| RE 246 671 | Prince Phillip |
| RE 246 671 | Maleficent/Dragon |
| PA 1-899-203 | Maleficent |
| VA 1-374-907 | Disney Villains – Style Guide |
| RE 370 901 | **One Hundred and One Dalmatians** |
| RE 546 478 | **The Sword in the Stone** |
| RE 557 357 | Archimedes |
| RE 557 357 | Merlin |
| RE 557 357 | Wart/Arthur |
| RE 557 357 | Madame Mim |
| RE 571 201 | **Mary Poppins** |
| RE 705 510 | **The Jungle Book** |
| RE 679 798 | Mowgli |
| RE 679 799 | Baloo |
| RE 679 795 | Bagheera |
| RE 679 805 | King Louie |
| RE 679 797 | Kaa |
| RE 679 807 | Shere Khan |
| Lp 38 283 | **The Aristocats** |
| Gu 44 754 | O'Malley |
| Gu 44 750 | Duchess |
| Gu 44 748 | Edgar |
| Gu 44 745 | Roquefort |
| VA 1-099-033 | Marie Valentine Spring 2002 |
| Lp 39 817 | **Bedknobs and Broomsticks** |
| Gu 46 904 | Crocky |
| Gu 46 908 | Sailor Bear |
| Gu 46 906 | Codfish |
| Gu 46 917 | Secretary Bird |
| LP 42 905 | **Robin Hood** |
| Gu 46 582 | Robin Hood |
| Gu 46 583 | Little John |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit C

| | |
|---|---|
| Gu 46 584 | Sir Hiss |
| Gu 47 230 | Sheriff of Nottingham |
| Gu 47 762 | Friar Tuck |
| Gu 46 585 | Prince John |
| Gu 50 764 | Maid Marion |
| Gu 50 763 | Lady Cluck |
| Lp 49 678 | **The Rescuers** |
| Gp 96 289 | Miss Bianca |
| Gp 96 286 | Orville |
| Gp 96 288 | Madame Medusa |
| Gp 96 287 | Bernard |
| Gp 103 814 | Penny |
| Gu 57 278 | Rufus |
| Gu 56 625 | Evinrude |
| PA 1 371 | **Pete's Dragon** |
| Gp 111 695 | Elliott the Dragon |
| PA 125 861 | **The Fox and the Hound** |
| VAu 10 933 | Todd (Young) |
| VAu 10 930 | Copper (Pup) |
| VAu 10 936 | Vixey |
| VAu 10 928 | Big Mama |
| VAu 12 417 | Dinky |
| VAu 12 418 | Boomer |
| VAu 12 415 | Squeeks |
| PA 252 525 | **The Black Cauldron** |
| VAu 24 517 | Eilonwy |
| VAu 29 561 | Fflewddur |
| VAu 24 518 | Gurgi |
| VAu 24 070 | Hen Wen |
| VAu 24 592 | The Horned King |
| VAu 24 519 | Taran |
| VAu 47 075 | Orddu |
| VAu 47 073 | Orgoch |
| VAu 47 074 | Orwen |
| PA 290 808 | **The Great Mouse Detective** |
| VAu 76 103 | Basil 185-126 |
| VAu 76 102 | Dr. Dawson 1284-80 |
| VAu 81 570 | Olivia |
| VAu 76 100 | Ratigan 285-166 |
| VAu 81 572 | Fidget |
| VAu 81 571 | Flaversham |
| VAu 86 112 | Felicia - Clean Up Model 0238 |
| VAu 76 104 | Toby 285-170 |
| VAu 85 019 | Mrs. Judson |
| VAu 85 021 | Queen Victoria |
| VAu 85 022 | Bartholomew |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit C

| PA 385 556 | **Oliver and Company** |
|---|---|
| VAu 104 921 | Dodger Construction Sheets |
| VAu 104 920 | Einstein Construction Sheets |
| VAu 104 919 | Frances Construction Sheets |
| VAu 104 916 | Rita Construction Sheets |
| VAu 109 377 | Oliver Rough Model |
| VAu 109 379 | Tito - Ruff Model |
| VAu 119 949 | How to Draw Georgette |
| PA 431 543 | **The Little Mermaid** |
| VAu 123 355 | Ariel 9-9-87 Ruff (Ariel) |
| VAu 123 351 | Scuttle |
| VAu 123 354 | Ruff Sebastion 9-4-87 (Sebastian) |
| VAu 123 348 | Ruff Ursula 9-9-87 (Ursula) |
| VAu 123 352 | Prince Eric |
| VAu 123 350 | Triton |
| VAu 123 353 | Flotsam/Jetsam |
| VAu 123 349 | Flounder |
| PAu 1 024 341 | **DuckTales** |
| VAu 101 067 | Launchpad McQuack |
| VAu 101 067 | Webby |
| VAu 101 067 | Doofus |
| VAu 101 067 | Mrs. Beakley |
| VAu 101 067 | Duckworth |
| PA 486 535 | **The Rescuers Down Under** |
| VAu 161 749 | Cody |
| VAu 155 884 | Jake (Rough Models) |
| VAu 155 844 | McLeach (Rough Model) |
| VAu 170 264 | Marahute (Rough Model) |
| PA 542 647 | **Beauty and the Beast** |
| VAu 200 866 | Belle (Beauty and the Beast) |
| VAu 210 914 | Beast |
| VAu 194 311 | Maurice (Beauty and the Beast) |
| VAu 199 855 | Mrs. Potts (Beauty and the Beast) |
| VAu 200 868 | Cogsworth (Beauty and the Beast) |
| VAu 194 310 | Lumiere (Beauty and the Beast) |
| VAu 201 337 | Chip (Beauty and the Beast) |
| VAu 194 307 | Gaston (Beauty and the Beast) |
| VAu 194 309 | LeFou (Beauty and the Beast) |
| VAu 199 856 | Phillipe (Beauty and the Beast) |
| VAu 200 869 | Featherduster (Beauty and the Beast) |
| PA 583 905 | **Aladdin** |
| VAu 215 432 | Aladdin - Aladdin |
| VAu 215 453 | Aladdin - Genie |
| VAu 215 793 | Aladdin - Abu |
| VAu 218 349 | Aladdin - Iago |
| VAu 230 534 | Aladdin - Rasoul |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit C

| | |
|---|---|
| VAu 218 348 | Aladdin - The Sultan |
| VAu 230 533 | Aladdin - Jafar |
| VAu 221 841 | Aladdin - Jasmine |
| VAu 221 842 | Aladdin - Jafar as Beggar |
| VAu 232 164 | Aladdin - Narrator |
| PA 659 979 | **The Lion King** |
| VAu 246 448 | The Lion King - Mufasa |
| VAu 245 946 | The Lion King - Sarabi |
| VAu 246 447 | The Lion King - Simba |
| VAu 246 440 | The Lion King - Young Simba |
| VAu 246 438 | The Lion King - Nala |
| VAu 246 664 | The Lion  King - Young Nala |
| VAu  245 947 | The Lion King - Rafiki |
| VAu 245 945 | The Lion King - Shenzi, Banzai & Ed |
| VAu 246 437 | The Lion King - Pumbaa |
| VAu  245 662 | The Lion King - Timon |
| VAu 246 446 | The Lion King - Scar |
| VA 611 201 | Zazu |
| PA 720 179 | **Pocahontas** |
| VAu 262 859 | Pocahontas - Pocahontas Standing |
| VAu 261 970 | Pocahontas - Powhatan |
| VAu 261 967 | Pocahontas - Percy |
| VAu 302 884 | Pocahontas - John Smith |
| VAu 302 886 | Pocahontas - Meeko the Raccoon |
| VAu 302 883 | Pocahontas - Flit the Hummingbird |
| VAu 300 559 | Pocahontas - Ratcliffe |
| VAu 302 885 | Pocahontas - Grandmother Willow |
| PA 765 713 | **Toy Story** |
| VAu 337 565 | Toy Story - Woody |
| VAu 337 566 | Toy Story - Buzz Lightyear |
| VAu 337 567 | Toy Story - Hamm |
| VAu 337 568 | Toy Story - Rex |
| VAu 337 569 | Toy Story - Bo Peep Lamp and Sheep |
| VAu 337 186 | Toy Story - Lenny |
| VAu 273 627 | Toy Story - Mom |
| VAu 348 598 | Toy Story - Andy |
| VAu 348 599 | Toy Story - Hannah |
| PA 795 221 | **The Hunchback of Notre Dame** |
| VAu 336 992 | The Hunchback of Notre Dame - Quasimodo |
| VAu 332 434 | The Hunchback of Notre Dame - Esmeralda |
| VAu 336 056 | The Hunchback of Notre Dame - Phoebus |
| VAu 336 057 | The Hunchback of Notre Dame - Djali |
| VAu 343 663 | The Hunchback of Notre Dame - Gargoyles |
| VAu 336 058 | The Hunchback of Notre Dame - Clopin |
| VAu 336 059 | The Hunchback of Notre Dame - Frollo |
| VAu 336 878 | The Hunchback of Notre Dame - Will Doll/Sam Doll |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit C

| PA 670 961 | **Hercules** |
|---|---|
| VAu 369 603 | Hercules - Hercules |
| VAu 369 600 | Hercules - Baby Hercules |
| VAu 367 973 | Hercules - Meg |
| VAu 369 605 | Hercules - Pegasus |
| VAu 369 598 | Hercules - Baby Pegasus |
| VAu 367 965 | Hercules - Phil |
| VAu 367 964 | Hercules - Hades |
| VAu 367 969 | Hercules - Pain |
| VAu 375 850 | Hercules - Panic |
| VAu 377 944 | Hercules - Hydra Head |
| PA 1 949 250 | **INSIDE OUT** |
| PA 799 025 | **Mulan** |
| VA 849 510 | Mulan |
| VAu 379 045 | The Legend of Mulan - Mulan |
| VAu 379 027 | The Legend of Mulan - Mulan as Ping |
| VAu 379 021 | The Legend of Mulan - Mushu |
| VAu 379 024 | The Legend of Mulan - Shang |
| VAu 378 480 | The Legend of Mulan - Kahn |
| VAu 381 069 | The Legend of Mulan - Cricket |
| PA 901 890 | **A Bug's Life*** |
| VA 875 986 | A Bug's Life* |
| VAu 399 357 | Flik* |
| VAu 399 356 | Hopper* |
| VAu 399 351 | Atta* |
| VAu 399 349 | Dot* |
| VAu 399 343 | Dim* |
| VAu 399 352 | Tuck & Roll* |
| VAu 399 350 | Francis* |
| VAu 399 348 | Heimlich* |
| VAu 399 353 | Slim* |
| VAu 399 342 | Rosie* |
| VAu 399 346 | P.T. Flea* |
| VAu 399 345 | Manny* |
| VAu 399 344 | Gypsy* |
| VAu 399 347 | Thumper* |
| VAu 399 354 | Molt* |
| VAu 399 355 | Queen* |
| PA 959 870 | **Toy Story 2*** |
| VAu 414 563 | Toy Story 2 - Al's Car* |
| VAu 405 573 | Toy Story 2 - Bullseye* |
| VAu 406 700 | Toy Story 2 - Coffee Table* |
| VAu 407 195 | Toy Story 2 - Cushy Chair* |
| VAu 405 571 | Toy Story 2  - Emporer Zurg* |
| VAu 405 572 | Toy Story 2 - Jessie* |
| VAu 405 197 | Toy Story 2 - L'il Yuppie* |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit C

| | |
|---|---|
| VAu 405 574 | Toy Story 2 - Prospector* |
| VAu 407 196 | Toy Story 2 - Wood Chair* |
| VA960 902 | Toy Story 2 - Style Guide* |
| PA 974 011 | **Dinosaur** |
| VAu 486 473 | Aladar |
| VAu 486 477 | Baylene |
| VAu 486 476 | Bruton |
| VAu 486 478 | Eema |
| VAu 486 475 | Kron |
| VAu 486 474 | Neera |
| VAu 486 472 | Plio |
| VAu 486 479 | Suri |
| VAu 486 471 | Yar |
| VA 996 530 | Dinosaur - Phase I |
| VA 992 942 | Dinosaur - Phase II |
| PA 940 885 | **The Emperor's New Groove** |
| VA 999 573 | Emperor's New Groove |
| VAu 479 682 | Kronk |
| VAu 479 685 | Kuzco |
| VAu 479 683 | Kuzco Llama |
| VAu 479 684 | Pacha |
| VAu 479 681 | Yzma |
| PA 1-250-536 | **The Incredibles** |
| VA 1-242-351 | The Incredibles |
| PA 1-322-908 | **Cars** |
| VA 1-326-323 | Cars – Style Guide |
| VA 1-403-647 | Hannah Montana – Branding Guide |
| PA 659-601 | **Tim Burton's The Nightmare Before Christmas** |
| PA 1-313-530 | **High School Musical** |
| VA 1-405-082 | High School Musical – Branding Guide |
| PA 1-627-575 | **Hannah Montana the Movie** |
| PA 1-635-067 | **Up** |
| PA 1-641-991 | **G-Force** |
| PA 1-606-305 | **Wall-E** |
| VA 1-663-815 | Wall-E – Branding and Supplement Style Guide RSM 2008 |
| PA 1-598-561 | **High School Musical 2** |
| VA 1-651-813 | High School Musical 2 – Summer 2008 Style Guide Supplement |
| PA 1-613-593 | **High School Musical 3: Senior Year** |
| VA 1-655-713 | Beverly Hills Chihuahua |
| PA 1-611-956 | **Beverly Hills Chihuahua** |
| Pau 2-921-728 | Little Mermaid III: Ariel's Beginning |
| VA 515-038 | Little Mermaid III: Ariel's Beginning |
| PA 1-623-231 | **Bedtime Stories** |
| PA 1-588-972 | **Underdog** |
| PA 1-595-126 | **Enchanted** |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit C

| | |
|---|---|
| PA 1-332-118 | **Meet the Robinsons** |
| VA 1-358-218 | Meet the Robinsons—Style Guide |
| PA 1-122-518 | **Cinderella II : Dreams come true / produced by Walt Disney Television Animation ; directed by John Kafka** |
| PA 1-612-331 | **Cinderella III: A Twist in Time** |
| PA 1-611-943 | **Tinker Bell** |
| PA 1-617-950 | **Bolt** |
| VA 1-663-828 | Bolt – Fall/Winter Style Guide 2008 |
| PA 1-688-323 | **Toy Story 3** |
| VA 1-800-737 | Toy Story 3: GC Product Dev – Style Guide – Spring/Summer 2010 |
| PA 1-348-114 | **Handy Manny: no. 1-01** |
| VAu 959-473 | Handy Manny Design Pack – Characters |
| VA 1-650-599 | Handy Manny Repair Shop – Spring/Summer 2008 Product Development Guide |
| PA 1-224-960 | Pirates of the Caribbean: The Curse of the Black Pearl |
| PA 1-322-906 | Pirates of the Caribbean: Dead Man's Chest |
| PA 1-334-112 | Pirates of the Caribbean: At World's End |
| PA 1-737-564 | Pirates of the Caribbean: On Stranger Tides |
| PA 1-742-101 | Cars 2 |
| VAu 1-089-554 | Cars 2: Professor Z |
| VA 1-781-144 | Cars 2: Tokyo City - Mini |
| PA 1-814-870 | Wreck-It Ralph |
| VAu 1-116-667 | Wreck-It Ralph: Adorabeezle Winterpop |
| VAu 1-116-688 | Wreck-It Ralph: Duncan |
| VAu 1-116-686 | Wreck-It Ralph: King Candy |
| VAu 1-116-671 | Wreck-It Ralph: Gloyd Orangboar |
| PA 1-800-721 | Brave |
| VAu 1-093-274 | Brave: Angus |
| VAu 1-089-531 | BRAVE: Family – King Fergus, Queen Elinor, Merida & Royal Triplets Harris, Hubert & Hamish |
| VA 1-814-373 | Brave: General Art Guide |
| PA 1-713-579 | Tron: Legacy |
| VA 1-753-501 | Tron Legacy: Vertical Banner: Olivia |
| VA 1-753-496 | Tron Legacy: Vertical Banner: Jeff |
| VA 1-753-498 | Tron Legacy: Vertical Banner: Garrett |
| PA 1-811-293 | Frankenweenie |
| VAu 1-082-013 | Frankenweenie: Bob |
| VAu 1-082-015 | Frankenweenie: Edgar "E" Gore |
| VAu 1-075-939 | Frankenweenie: Mr. Frankenstein |
| PA 1-856-767 | Planes |
| PA 1-656-826 | **Princess and the Frog, The** |
| PA 1-713-851 | **Tangled** |
| PA 1-871-077 | **Frozen** |
| VA 1-869-411 | Disney Frozen Product Development Portfolio FH13 |
| PA 1-038-178 | **Monsters, Inc.** |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit C

| PA 1-848-339 | **Disney Pixar Monsters University** |
|---|---|
| PA 1-146-502 | **Finding Nemo** |
| PA 1-354-935 | **Ratatouille** |
| PA 1-703-137 | **Tinker Bell and the Great Fairy Rescue** |
| VA 1-800-738 | Tinker Bell and the Great Fairy Rescue-Global Creative P Fall 2010 |
| VA 1-831-654 | Doc McStuffins-Global Creative P-SS13 |
| VA 1-770-111 | Disney Handy Manny-Tool Team Product Design Portfolio-Preschool |
| VA 1-802-675 | Jake and the Neverland Pirates-Global Creative B Preschool FA12 (Disney Jr) |
| VA 1-850-709 | Disney Sofia the First-Global Creative P FH13 |
| VA 1-766-270 | Phineas and Ferb Branding Guide Global Creative Boys FA11 |
| VA 1-864-307 | Disney The Muppets Character Art & Photography Guide |
| PA 1-082-244 | **Lilo and Stitch** |
| VA 1-094-896 | Lilo and Stitch |
| PA 1-923-820 | Big Hero 6 |
| VA 1-927-317 | Disney Big Hero 6: Baymax Supplement Guide FH14 |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit C

# EXHIBIT D

## EXHIBIT D

## DEI's TRADEMARKS

| Trademark | Trademark Registration No. | Trademark Registration Date | International Class(es) of Goods |
|---|---|---|---|
| MICKEY MOUSE | 3,588,873 | 3/10/2009 | 9, 14, 16, 18, 25 |
| MICKEY MOUSE | 3,011,935 | 11/1/2005 | 25 |
| MICKEY MOUSE | 3,750,188 | 2/16/2010 | 9, 16, 18, 25 |
|  | 3,580,903 | 2/24/2009 | 25 |
|  | 4,436,787 | 11/19/2013 | 3, 9, 16, 18, 21, 24, 28 |
|  | 3,580,905 | 2/24/2009 | 16 |
|  | 2,704,887 | 4/8/2003 | 16, 18, 20, 21, 24, 25, 28 |
|  | 2,784,058 | 11/18/2003 | 25 |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit D

| | | | |
|---|---|---|---|
| MINNIE MOUSE | 3,767,850 | 3/30/2010 | 25, 28 |
| MINNIE MOUSE | 3,002,502 | 9/27/2005 | 25 |
|  | 3,580,907 | 2/24/2009 | 25 |
|  | 4,436,786 | 11/19/2013 | 3, 9, 16, 18, 21, 24, 28 |
|  | 3,572,934 | 2/10/2009 | 16 |
|  | 4,273,733 | 1/15/2013 | 3, 9, 14, 16, 18, 20, 21, 24, 25, 28, 30 |
|  | 2,707,323 | 4/15/2003 | 16, 18, 21, 24, 25, 28 |
| PLUTO | 4,309,514 | 3/26/2013 | 3, 25 |
| GOOFY | 4,392,604 | 8/27/2013 | 21, 25 |
| GOOFY | 4,324,736 | 4/23/2013 | 9, 14, 21, 25, 28 |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit D

| | | | |
|---|---|---|---|
|  | 4,333,180 | 5/14/2013 | 3, 9, 16, 18, 20, 21, 24, 25, 28 |
|  | 2,721,608 | 6/3/2003 | 9, 16, 18, 20, 21, 25, 28 |
| DONALD DUCK | 3,775,092 | 4/13/2010 | 25, 28 |
|  | 4,222,295 | 10/9/2012 | 3, 9, 14, 16, 18, 20, 21, 24, 25, 28 |
| DONALD DUCK | 2,949,699 | 5/10/2005 | 25 |
|  | 2,704,890 | 4/8/2003 | 9, 16, 18, 20, 21, 25, 28 |
| DISNEY | 3,088,198 | 5/2/2006 | 25 |
| DISNEYLAND | 3,415,502 | 4/22/2008 | 25 |
| DISNEY PRINCESS | 3,506,495 | 9/23/2008 | 25 |
| DISNEY PRINCESS | 3,367,264 | 1/8/2008 | 25 |
|  | 4,531,172 | 5/20/2014 | 3, 9, 14, 16, 18, 20, 21, 24, 25, 28 |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit D

| | | | |
|---|---|---|---|
| WALT DISNEY | 3,268,689 | 7/24/2007 | 25 |
|  | 4,063,702 | 11/29/2011 | 25 |
|  | 4,412,569 | 10/8/2013 | 3, 9, 14, 16, 18, 20, 21, 24, 25, 28 |
| WINNIE THE POOH | 3,261,742 | 7/10/2007 | 25 |
| POOH | 3,175,607 | 11/21/2006 | 25 |
|  | 4,195,045 | 8/21/2012 | 3, 9, 14, 16, 18, 20, 21, 24, 25, 28 |
| POOH | 4,551,975 | 6/17/2014 | 25 |
|  | 4,195,044 | 8/21/2012 | 3, 9, 16, 18, 20, 21, 24, 25, 28 |
|  | 3,926,918 | 3/1/2011 | 3, 9, 16, 18, 20, 21, 24, 25, 28 |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit D

Page **4** of **9**

| | | | |
|---|---|---|---|
| PIGLET | 4,118,780 | 3/27/2012 | 14, 18, 20, 21, 24, 25, 28, 41 |
|  | 4,342,795 | 5/28/2013 | 3, 9, 14, 16, 18, 20, 21, 24, 25, 28 |
|  | 4,400,332 | 9/10/2013 | 3, 9, 14, 16, 18, 20, 21, 24, 25, 28 |
| TIGGER | 4,739,239 | 5/19/2015 | 9, 14, 16, 18, 20, 21, 24, 25, 28 |
|  | 3,595,174 | 3/24/2009 | 25 |
|  | 3,591,618 | 3/17/2009 | 16 |
|  | 4,358,249 | 6/25/2013 | 3, 9, 16, 18, 20, 21, 24, 25, 28 |
| EEYORE | 2,978,291 | 7/26/2005 | 25 |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit D

| | | | |
|---|---|---|---|
|  | 3,591,614 | 3/17/2009 | 25 |
| EEYORE | 3,658,573 | 7/21/2009 | 9, 25, 28 |
|  | 4,250,453 | 11/21/2012 | 3, 9, 16, 18, 20, 21, 24, 25, 28 |
| MALEFICENT | 3,949,124 | 4/19/2011 | 9, 14, 16, 18, 20, 21, 24, 25, 28 |
|  | 4,590,610 | 8/26/2014 | 3, 9, 14, 16, 18, 20, 21, 24, 25 |
| CINDERELLA | 3,818,772 | 7/13/2010 | 14, 25 |
|  | 4,531,170 | 5/20/2014 | 3, 9, 16, 18, 20, 21, 24, 25, 28 |
|  | 4,557,779 | 7/1/2014 | 3, 9, 16, 18, 20, 21, 24, 25, 28 |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit D

| | | | |
|---|---|---|---|
|  | 4,381,481 | 8/13/2013 | 3, 9, 16, 18, 20, 21, 24, 25, 28 |
| SNOW WHITE | 3,909,351 | 1/18/2011 | 18, 21, 25 |
| SLEEPING BEAUTY | 4,705,631 | 3/24/2015 | 25 |
| PETER PAN | 3,655,992 | 7/14/2009 | 25 |
| TINKER BELL | 3,633,284 | 6/2/2009 | 25 |
|  | 3,370,950 | 1/15/2008 | 25 |
|  | 3,447,049 | 6/10/2008 | 25 |
| TINK | 3,561,526 | 1/13/2009 | 25 |
|  | 4,381,482 | 8/13/2013 | 3, 9, 16, 18, 20, 21, 24, 25, 28 |
| LILO AND STITCH | 2,802,901 | 1/6/2004 | 16 |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit D

| | | | |
|---|---|---|---|
| LILO AND STITCH | 2,821,509 | 3/9/2004 | 25 |
|  | 3,358,117 | 12/18/2007 | 25 |
|  | 3,166,829 | 10/31/2006 | 25 |
| LIGHTNING MCQUEEN | 3,170,195 | 11/7/2006 | 25 |
| TOY STORY | 3,884,396 | 11/30/2010 | 25 |
|  | 4,412,568 | 10/8/2013 | 3, 9, 14, 16, 18, 20, 21, 24, 25, 28 |
| CHESHIRE CAT | 3,794,964 | 5/25/2010 | 9, 14, 18, 20, 21, 24, 25, 28 |
|  | 4664465 | 12/30/14 | 25 |
|  | 4760834 | 6/23/15 | 16 |
|  | 4,486,434 | 2/18/2014 | 25 |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit D

| | | | |
|---|---|---|---|
| MONSTERS UNIVERSITY | 4,597,473 | 9/2/2014 | 25 |
| M | 2,882,165 | 9/7/2004 | 16 |

# EXHIBIT E

# EXHIBIT E

## LUCASFILM PLAINTIFFS' COPYRIGHTED DESIGNS

| Copyright Registration | Title of Work (Character) |
|---|---|
| RE 925-302 | Star Wars: Episode IV – A New Hope |
| PA 072-282 | Star Wars: Episode V – The Empire Strikes Back |
| PA 172-810 | Star Wars: Episode VI – Return of the Jedi |
| PA 933-148 | Star Wars: Episode I – Phantom Menace |
| PA 1-072-564 | Star Wars: Episode II – Attack of the Clones |
| PA 1-271-265 | Star Wars: Episode III – Revenge of the Sith |
| VA 1-869-797 | Star Wars Episode IV A New Hope Product Development Portfolio EV |
| RE 903-682 | Tie Fighter Chasing X-Starfighter |
| VA 1-762-350 | Yoda |
| VA 134-990 | Luke Skywalker |
| RE 905-920 | Luke Skywalker |
| VA 971-032 | Anakin Skywalker |
| VA 135-000 | Boba Fett |
| VA 134-993 | R2-D2 |
| VA 134-943 | R2-D2 and C-3PO |
| VA 971-030 | C-3PO |
| VA 134-994 | C-3PO |
| VA 1-843-230 | Darth Vader and Son |
| VA 134-991 | Darth Vader |
| VA 074-472 | Darth Vader |
| VA 971-037 | Darth Maul |
| VA 134-992 | Princess Leia |
| VA 134-999 | Han Solo |
| PA 1-975-592 | Star Wars: Episode VII – The Force Awakens |
| PA 1-924-313 | Star Wars: The Force Awakens – Teaser Trailer |
| PA 1-940-912 | Star Wars: The Force Awakens – Teaser Trailer 2 |
| VA 1-942-692 | Star Wars Episode VII: The Force Awakens – Product Development Style Guide: Phase 1 – Pre-Movie Release FH15 |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit E

EXHIBIT F

**EXHIBIT F**

**LUCASFILM PLAINTIFFS' TRADEMARKS**

| Trademark | Trademark Registration No. | Trademark Registration Date | International Class(es) of Goods |
|---|---|---|---|
|  | 3646331 | 6/30/2009 | 25, 28 |
|  | 3443879 | 6/10/2008 | 25, 28 |
|  | 3646330 | 6/30/2009 | 25, 28 |
|  | 3443878 | 6/10/2008 | 25, 28 |
| MAY THE FOURTH BE WITH YOU | Serial No. 86342054 | Filed 7/18/2014 | 25 |
| MAY THE FOURTH BE WITH YOU | Serial No. 86342025 | Filed 7/18/2014 | 16 |
| VADER | 3794989 | 5/25/2010 | 16 |
| THE FORCE | 4396375 | 9/3/2013 | 16 |
| THE FORCE AWAKENS | Serial No. 86446416 | Filed 11/6/2014 | 25 |
| THE FORCE AWAKENS | Serial No. | Filed | 16 |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit F

| | 86446385 | 11/6/2014 | |
|---|---|---|---|
| STAR WARS THE FORCE AWAKENS | Serial No. 86446536 | Filed 11/6/2014 | 25 |
| DARTH VADER | 1272312 | 4/3/1984 | 25 |
| STAR WARS REBELS | 4782447 | 7/28/2015 | 9, 16, 25, 28, 41 |
| STAR WARS REBELS | 4704576 | 3/17/2015 | 16, 25, 28, 41, 45 |
| STARWARS REPUBLIC COMMANDO | 3538703 | 11/25/2008 | 16 |
| SITH | 4301630 | 3/12/13 | 16, 25, 41 |
|  | 3773551 | 4/6/2010 | 25 |
|  | 3670987 | 8/18/2009 | 25 |
|  | 3939491 | 4/5/11 | 25, 28 |
|  | 3953084 | 5/3/11 | 25, 28 |
| STAR WARS | 1126381 | 10/30/79 | 14, 16, 21, 25, 28 |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit F

| | | | |
|---|---|---|---|
| C-3PO | 1308136 | 12/4/84 | 25 |
| STAR WARS | 1371389 | 11/19/85 | 25 |
| R2-D2 | 1898157 | 6/6/95 | 25 |
| C-3PO | 1899935 | 6/13/95 | 25 |
| STAR WARS | 2534385 | 1/29/02 | 25 |
| ANAKIN SKYWALKER | 2588678 | 7/2/02 | 25 |
| JEDI TRAINING ACADEMY | 3368034 | 1/15/08 | 25, 41 |
|  | 3443880 | 6/10/08 | 25, 28 |
|  | 364332 | 6/30/09 | 25, 28 |
|  | 3443881 | 6/10/08 | 25, 28 |
|  | 3646804 | 6/30/09 | 25, 28 |
| THE CLONE WARS | 4298357 | 3/5/13 | 16, 25, 41 |
| STAR WARS THE CLONE WARS | 4257889 | 12/11/12 | 16, 25, 41 |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit F

Page **3** of **5**

| | | | |
|---|---|---|---|
| STAR WARS | 3503765 | 9/23/08 | 16, 25, 41 |
| MUTT WILLIAMS | 3867986 | 10/26/10 | 25, 28 |
| C-3PO | 3823874 | 7/27/10 | 25, 28 |
| BOBA FETT | 3936432 | 3/29/11 | 25, 28 |
| WOOKIEE | 4246352 | 11/20/12 | 25 |
| REVENGE OF THE SITH | 3794982 | 5/25/10 | 16, 25, 41 |
| GENERAL GRIEVOUS | 3694161 | 10/06/09 | 16, 25, 41 |
| JEDI | 3794988 | 5/25/10 | 16, 25 |
| YODA | 3716938 | 11/24/09 | 16, 25 |
| STAR WARS FORCE FOR CHANGE | Serial No. 86288216 | Filed 5/21/14 | 25 |
| STAR WARS FORCE FOR CHANGE | Serial No. 86288264 | Filed 5/21/14 | 25 |
| BB-8 | Serial No. 86478453 | Filed 12/11/14 | 25 |
| KYLO REN | Serial No. 86478482 | Filed 12/11/14 | 25 |
| POE DAMERON | Serial No. 86478496 | Filed 12/11/14 | 25 |
| STAR WARS DETOURS | Serial No. 86361258 | Filed 8/8/14 | 25 |
| C-3PO | Serial No. 86588641 | Filed 4/6/15 | 25 |
| STAR WARS ROGUE ONE | Serial No. | Filed | 25 |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit F

| | 86561417 | 3/11/15 | |
|---|---|---|---|
| STAR WARS | 1127229 | 12/7/79 | 16, 28 |
| DARTH VADER | 1303681 | 11/6/84 | 16 |
| C-3PO | 1296148 | 9/18/84 | 16 |
| OBI-WAN KENOBI | 2574001 | 5/28/02 | 16 |
| STAR WARS | 2487815 | 9/11/01 | 16 |
| THE PHANTOM MENACE | 2480366 | 8/21/01 | 16 |
| JANGO FETT | 2802766 | 1/6/04 | 16 |
| ATTACK OF THE CLONES | 2782578 | 11/11/03 | 16 |
| STAR WARS THE BOUNTY HUNTERS | 3785058 | 5/4/10 | 16 |
| MANIAC MANSION | Serial No. 85939906 | Filed 5/22/13 | 16 |
| LUCAS BOOKS | 4685623 | 2/10/15 | 16 |
| BATTLEFRONT | Serial No. 86601114 | Filed 4/17/15 | 16 |
| STAR WARS DETOURS | Serial No. 86361203 | Filed 8/8/14 | 16 |
| PRINCESS LEIA | Serial No. 86476868 | Filed 12/10/14 | 16 |
| DARTH VADER | Serial No. 86476872 | Filed 12/10/14 | 16 |
| CAPTAIN PHASMA | Serial No. 86478469 | Filed 12/11/14 | 16 |
| BB-8 | Serial No. 86478447 | Filed 12/11/14 | 16 |
| POE DAMERON | Serial No. 86478490 | Filed 12/11/14 | 16 |
| STAR WARS ROGUE ONE | Serial No. 86561402 | Filed 3/11/15 | 16 |
| KYLO REN | Serial No. 86478475 | Filed 12/11/14 | 16 |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit F

Page **5** of **5**

# EXHIBIT G

## EXHIBIT G[1]

| Infringing Product/Offer (Non-Exhaustive Examples) | Plaintiffs' Copyright/Trademark(s) Infringed |
|---|---|
|  http://www.teefury.com/i-am |  Guardians of the Galaxy PA 1-910-955 |
|  http://www.teefury.com/the-man-behind-the-skull |  The Punisher: Empty Quarter TX 4-888-597 3026739 |

---

[1] The registration numbers that appear in Exhibit G are Plaintiffs' registered copyrights (which appear with a letter prefix) and Plaintiffs' registered trademarks (which do not have a letter prefix).

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit G

| Infringing Product/Offer (Non-Exhaustive Examples) | Plaintiffs' Copyright/Trademark(s) Infringed |
|---|---|
| http://www.teefury.com/final-warning | Marvel Comics Style Guide VA 1-659-545 0893770 |

| Infringing Product/Offer (Non-Exhaustive Examples) | Plaintiffs' Copyright/Trademark(s) Infringed |
|---|---|
|  http://www.teefury.com/united-we-stand-1 |  Captain America TX 4-935-634  Marvel Comics Style Guide VA 1-659-545  0893770 |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit G

| Infringing Product/Offer (Non-Exhaustive Examples) | Plaintiffs' Copyright/Trademark(s) Infringed |
|---|---|
|  http://www.teefury.com/the-captain |  Captain America TX 4-935-634 |
|  http://www.teefury.com/heavyweight-heroes |  VA 1-959-907 VA 1-978-762 |

| Infringing Product/Offer (Non-Exhaustive Examples) | Plaintiffs' Copyright/Trademark(s) Infringed |
|---|---|
|  http://www.teefury.com/panther |  Black Panther VA 1-978-762 |
|  http://www.teefury.com/out-of-bed-mouse |  Mickey-1 (Mickey Mouse) VA 580-903 |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit G

Page **5** of **13**

| Infringing Product/Offer (Non-Exhaustive Examples) | Plaintiffs' Copyright/Trademark(s) Infringed |
|---|---|
|  http://www.teefury.com/by-royal-decree |  Disney Frozen Product Development Portfolio FH13 VA 1-869-411 |
|  http://www.teefury.com/dragon-flame |  Maleficent Disney Villains – Style Guide VA 1-374-907 |

| Infringing Product/Offer (Non-Exhaustive Examples) | Plaintiffs' Copyright/Trademark(s) Infringed |
|---|---|
| <br>http://www.teefury.com/1001-arabian-nightmares | <br>Aladdin<br>PA 583-905 |
| <br>http://www.teefury.com/mermaid-nightmare | <br>The Little Mermaid<br>PA 431-543<br><br>Flotsam/Jetsam<br>VAu 123-353<br><br>Flounder<br>VAu 123-349<br><br>Scuttle<br>VAu 123-351<br><br>Ruff Sebastian 9-4-87<br>VAu 123-354 |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit G

Page **7** of **13**

| Infringing Product/Offer (Non-Exhaustive Examples) | Plaintiffs' Copyright/Trademark(s) Infringed |
|---|---|
|  http://www.teefury.com/hawaiian-rollercoaster |  Lilo and Stitch PA 1-082-244 |
|  http://www.teefury.com/halloween-king-portrait |  Tim Burton's The Nightmare Before Christmas PA 659-601 |

| Infringing Product/Offer (Non-Exhaustive Examples) | Plaintiffs' Copyright/Trademark(s) Infringed |
|---|---|
|  http://www.teefury.com/hell-s-urn |  Hercules PA 670-961 <br><br> Hercules-Hades VAu 367-964 <br><br> Hercules – Pain VAu 367-969 <br><br> Hercules – Panic VAu 375-850 |
|  http://blog.teefury.com/may-4th/ | MAY THE FOURTH BE WITH YOU Serial No. 86342054 |

| Infringing Product/Offer (Non-Exhaustive Examples) | Plaintiffs' Copyright/Trademark(s) Infringed |
|---|---|
| <br>http://www.teefury.com/darth-colors | <br>3646331<br>3443879<br><br>3646330<br>3443878<br><br>Star Wars: Episode V – The Empire Strikes Back<br>PA 072-282 |
| <br>http://www.teefury.com/smoldering-helmet | <br>Star Wars: The Force Awakens – Teaser Trailer 2<br>PA 1-940-912 |

| Infringing Product/Offer (Non-Exhaustive Examples) | Plaintiffs' Copyright/Trademark(s) Infringed |
|---|---|
|  http://www.teefury.com/friendly-droid-wax-pack-series-3 |  Star Wars: The Force Awakens – Teaser Trailer PA 1-924-313 |
|  http://www.teefury.com/three-wook-moon |  Star Wars: Episode I – Phantom Menace PA 933-148 |

| Infringing Product/Offer (Non-Exhaustive Examples) | Plaintiffs' Copyright/Trademark(s) Infringed |
|---|---|
|  http://www.teefury.com/force-yourself |  VA 1-762-350 |
|  http://www.teefury.com/i-can-fly-anything |  Star Wars: Episode VII – The Force Awakens PA 1-975-592 |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit G

| Infringing Product/Offer (Non-Exhaustive Examples) | Plaintiffs' Copyright/Trademark(s) Infringed |
|---|---|
|  http://www.teefury.com/i-know-all-about-waiting |  Star Wars: Episode VII – The Force Awakens PA 1-975-592 |
|  http://www.teefury.com/i-was-raised-to-do-one-thing |  Star Wars: Episode VII – The Force Awakens PA 1-975-592 |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Complaint Exhibit G