JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

---------------------------------------------------- x

Marvel Characters, Inc., Disney
Enterprises, Inc., Lucasfilm Ltd. LLC  and
Lucasfilm Entertainment Company Ltd.
LLC,

                Plaintiffs,

    v.

Tee Fury LLC d/b/a TeeFury.com,

                Defendant.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No. 8:16-cv-1285
JVS

**CONSENT JUDGMENT**

---------------------------------------------------- x

WHEREAS, plaintiff Marvel Characters, Inc. ("MCI") owns all rights, title and interest in and to the copyrights associated with the distinctive characters and elements associated with their comic books, television shows, and motion pictures, including, but not limited to, the well-known and fanciful characters Iron Man, Captain America, Thor, and various characters from The Agents of S.H.I.E.L.D., and The Guardians of the Galaxy (hereinafter individually and collectively referred to as the "MCI Copyrights"), a chart reflecting the federal registrations covering the MCI Copyrights being attached hereto as **Exhibit A**;

WHEREAS, MCI also owns trademarks including common law rights, trade names, registrations, and/or registration applications (collectively, the "MCI Trademarks") that incorporate and/or refer to the artwork, characters, and other

distinctive elements associated with MCI's comic books, television programs, and motion pictures, a chart reflecting the federal registrations covering the MCI Trademarks being attached hereto as **Exhibit B**;

WHEREAS, plaintiff Disney Enterprises, Inc. ("DEI") owns all rights, title and interest in and to the copyrights associated with the well-known, distinctive and fanciful characters appearing in its motion pictures and television programs, including, but not limited to, Mickey Mouse, Stitch, and various other characters from Sleeping Beauty, Frozen, Inside Out, The Little Mermaid, Hercules, The Princess and the Frog, Peter Pan, The Incredibles, Aladdin, The Jungle Book, Finding Nemo, Beauty and the Beast, Hunchback of Notre Dame, Lilo and Stitch, The Lion King, Alice in Wonderland, The Nightmare Before Christmas, Big Hero 6, and Tangled (collectively, the "DEI Copyrights"), a chart reflecting the federal registrations covering the DEI Copyrights being attached hereto as **Exhibit C**;

WHEREAS, DEI also owns trademarks including common law rights, trade names, registrations, and/or registration applications (collectively, the "DEI Trademarks") that incorporate and/or refer to the artwork, characters, and other distinctive elements associated with DEI's motion pictures and television programs, a chart reflecting the federal registrations covering the MCI Trademarks being attached hereto as **Exhibit D**;

WHEREAS, plaintiffs Lucasfilm Ltd. LLC and Lucasfilm Entertainment Company Ltd. LLC (hereinafter collectively "Lucasfilm") owns all rights, title and interest in and to the copyrights associated with the well-known, distinctive and fanciful characters appearing in its motion pictures and television programs, including, but not limited to, characters associated with its *Star Wars* franchise, such as Yoda, Rey, Finn, BB-8, Kylo Ren, Poe Dameron, Darth Vader, Darth Maul, R2-D2, Princess Leia, Han Solo, Chewbacca, Stormtrooper, Boba Fett, the Death Star, Millennium Falcon, Slave I, TIE Fighter, and X-Wing (collectively, the "Lucasfilm Copyrights"), a chart reflecting the federal registrations covering the Lucasfilm

Copyrights being attached hereto as **Exhibit E**;

WHEREAS, Lucasfilm also owns trademarks including common law rights, trade names, registrations, and/or registration applications (collectively, the "Lucasfilm Trademarks") that incorporate and/or refer to the artwork, characters, and other distinctive elements associated with Lucasfilm's motion pictures and television programs, a chart reflecting the federal registrations covering the Lucasfilm Trademarks being attached hereto as **Exhibit F**;

WHEREAS, on July 11, 2016, MCI, DEI and Lucasfilm (hereinafter collectively "Plaintiffs") filed a complaint in this action against Tee Fury LLC d/b/a TeeFury.com ("Defendant") in the United States District Court for the Central District of California, seeking injunctive relief and damages for acts of copyright infringement (17 U.S.C. §§ 501, *et seq.*), trademark infringement (15 U.S.C. §§ 1114, *et seq.*), false designation of origin (15 U.S.C. §§ 1125, *et seq.*), and California unfair competition law, arising out of Defendant's unauthorized reproduction and performance of Plaintiffs' Copyrights and unauthorized use of Plaintiffs' Trademarks in connection with the displaying, marketing, promotion, production, offering for sale and/or sale of t-shirts, other apparel, and other products; and

WHEREAS, Defendant has answered the Complaint and denies the material allegations therein and denies any liability arising out of the allegations of the Complaint; and

WHEREAS, the Parties have admitted the Court's jurisdiction over the persons and subject matter of this action; and

WHEREAS, by December 31, 2016 Defendant had posted in the "Submissions" Section of its website the following notice under Submission Guidelines: Tee Fury acts in accordance with DMCA and Takedown procedures when a complaint has been received.  TeeFury does not accept any submissions that include the properties of Disney Enterprises, Inc., Marvel Characters, Inc.,

Lucasfilm Ltd. LLC, Lucasfilm Entertainment Company Ltd., LLC, or Pixar"; and

WHEREAS, each Party has been afforded the opportunity to consult with an attorney of its own choice in connection with this action; and

WHEREAS, the Parties have consented to the entry of this Consent Judgment and desire to reach a compromise as to the dispute between them; and

WHEREAS, the Court having jurisdiction over the subject matter of this action and over the Parties, and venue in this action being proper in this judicial district.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Defendant, and its respective agents, servants, employees, attorneys and all natural or legal persons acting on its behalf, or in concert with it, shall be PERMANENTLY ENJOINED and RESTRAINED from attempting to do or causing to be done, directly or indirectly, by any means, methods, or devices whatsoever, or by any person or persons whomsoever, the following acts:

    a. Making any infringing use of the MCI Copyrights, DEI Copyrights and/or Lucasfilm Copyrights (hereinafter collectively "Plaintiffs' Copyrights"), or any other character or image that is substantially similar to Plaintiffs' Copyrights, including the use of Plaintiffs' Copyrights in connection with the displaying, advertising, marketing, promotion, production, offer for sale and/or sale of any goods or services, including, without limitation, t-shirts, apparel, and other products;

    b. Making any infringing use of the MCI Trademarks, DEI Trademarks and/or Lucasfilm Trademarks (hereinafter collectively "Plaintiffs' Trademarks"), or any other mark that is confusingly similar to Plaintiffs' Trademarks, including the use of Plaintiffs' Trademarks in connection with the advertising, marketing, promoting, production, offer for sale and/or sale of

any goods or services, including, without limitation, t-shirts, apparel, and other products;

c. Making any unauthorized use of metatags or keywords that incorporate Plaintiffs' Trademarks;

d. Making any infringing use of Plaintiffs' Trademarks and Copyrights in any digital advertising or marketing, including but not limited to the use of paid keywords, display ads, and posts on social media platforms including Facebook, Twitter, and Instagram;

e. Making any false statements or representations, or engaging in any other acts or conduct that suggests that Defendant or any of its products are in anyway affiliated with, sponsored by, or approved by any of Plaintiffs;

f. Engaging in any other activity constituting unfair competition with, or infringement of any of Plaintiffs' Trademarks, or constituting any dilution of Plaintiffs' Trademarks, or the goodwill associated therewith;

g. Effecting assignments or transfers, forming new entities or associations, or using any other devices for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs 1(a)–(f); and

h. Aiding, abetting, or contributing to the advertising, marketing, promotion, production, offer for sale and/or sale of any goods or services using Plaintiffs' Copyrights, and/or Plaintiffs' Trademarks.

2. This Consent Judgment shall be deemed to have been served upon Defendant at the time of its execution by the Court.

3.      The Court finds there is no just reason for delay in entering this Consent Judgment and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Consent Judgment.

4.      The Court shall retain jurisdiction over Defendant and of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Consent Judgment or the terms of the parties' Release and Settlement Agreement dated and effective March 9, 2017.

5.      The Parties waive any right to appeal this Consent Judgment.

6.      Each Party shall bear its own costs and attorneys' fees related to this action.

7.      Except as otherwise provided in this Consent Judgment, this action shall be deemed dismissed with prejudice.

SO ORDERED.

DATED:  March 15, 2017

_____
        JAMES V. SELNA, U.S.D.J.

**EXHIBIT A**

**PLAINTIFF MARVEL CHARACTERS, INC.'S COPYRIGHTED DESIGNS**

| Copyright Registration | Title of Work (Character) |
|---|---|
| VA 1-959-907 | Captain America Civil War Style Guide |
| VA 1-978-762 | Captain America Civil War Style Guide Phase 3 |
| VA 1-659-545 | Marvel Comics Style Guide |
| VA 1-639-102 | Marvel Comics Style Guide |
| PA 1-910-955 | Guardians of the Galaxy |
| VA 1-910-325 | Guardians of the Galaxy – Teaser 1 Sheet |
| VA 1-154-047 | Ultimate X-Men Style Guide |
| VA 1-639-104 | X-Men Style Guide 2005 |
| VA 1-154-045 | X-Men – Evolution Style Guide |
| VA 1-639-093 | Wolverine and the X-Men Animated Series Style Guide |
| TX 3-909-233 | X-Force Prisoners of Fate |
| VA 1-688-574 | The Punisher Style Guide |
| TX 4-888-597 | The Punisher: Empty Quarter |

<u>EXHIBIT B</u>

<u>PLAINTIFF MARVEL CHARACTERS, INC.'S TRADEMARKS</u>

| Trademark | Trademark Registration No. | Trademark Registration Date | International Class(es) of Goods |
|---|---|---|---|
|  | 3026739 | 12/13/05 | 25 |
|  | 0893770 | 6/30/70 | 16 |
| EPIC | 1284248 | 7/3/84 | 16 |
| GROOT | Serial No. 86563936 | Filed 8/11/15 | 16 |
| IRON MAN | 2207783 | 12/8/98 | 25 |
| SUPER HERO | 0825835 | 3/14/67 | 25 |
| HULK | 1242914 | 6/21/83 | 25 |
| X-MEN | 1723928 | 10/13/92 | 25 |
| FANTASTIC FOUR | 2211338 | 12/15/98 | 25 |
| MARVEL | 2918286 | 1/18/05 | 25 |
|  | 1834680 | 5/3/94 | 25 |
| X-MEN | 2052216 | 4/15/97 | 25 |
| DAREDEVIL | 2074063 | 6/24/97 | 25 |
| CAPTAIN AMERICA | 3365289 | 1/8/08 | 25 |
| THE MIGHTY THOR | 3785155 | 5/4/10 | 25 |
| SUPER HERO SQUAD | 3998439 | 7/19/11 | 25 |
| STARK INDUSTRIES | 4127017 | 4/10/12 | 25 |
| AVENGERS | 2940211 | 4/12/05 | 25 |
| SUPER HEROES | 3674448 | 8/25/09 | 25 |
| PUNISHER | 2990607 | 8/30/05 | 25 |
|  | 3116241 | 7/18/06 | 25 |

| | | | |
|---|---|---|---|
| SILVER SURFER | 3126798 | 8/8/06 | 25 |
|  | 4234468 | 10/30/12 | 25 |
| THOR: THE DARK WORLD | 4534181 | 5/20/14 | 25 |
| HULK SMASH | 4527862 | 5/13/14 | 25 |
| THE WINTER SOLDIER | 4606026 | 9/16/14 | 25 |
| THE DARK WORLD | 4617989 | 10/7/14 | 25 |
| IRON PATRIOT | 4700205 | 3/10/15 | 25 |
| GUARDIANS OF THE GALAXY | 4704586 | 3/17/15 | 25 |
| COULSON LIVES | 4728269 | 4/28/15 | 25 |
| AGENTS OF S.H.I.E.L.D. | 4728271 | 4/28/15 | 25 |
| GUARDIANS OF THE GALAXY | 4756522 | 7/16/15 | 25 |
| AVENGERS ASSEMBLE | Serial No. 85972894 | Filed 6/28/13 | 25 |
| AVENGERS AGE OF ULTRON | Serial No. 86317782 | Filed 6/23/14 | 25 |
| AVENGERS | Serial No. 86338494 | Filed 7/16/14 | 25 |
| JESSICA JONES | Serial No. 86338483 | Filed 7/16/14 | 25 |
| DOCTOR STRANGE | Serial No. 86348208 | Filed 7/25/14 | 25 |
| BIG HERO 6 | Serial No. 86352924 | Filed 7/30/14 | 25 |
|  | Serial No. 86157380 | Filed 1/3/14 | 25 |
| MARVEL DISK WARS: THE AVENGERS | Serial No. 86157408 | Filed 1/3/14 | 25 |
| DISK WARS | Serial No. 86157389 | Filed 1/3/14 | 25 |
| AWESOME MIX | Serial No. 86665999 | Filed 6/17/15 | 25 |
| COSMIC MIX | Serial No. 86666027 | Filed 6/17/15 | 25 |
| STARK INDUSTRIES | Serial No. 86200224 | Filed 2/21/14 | 25 |
| CAPTAIN AMERICA: CIVIL WAR | Serial No. 86435158 | Filed 10/27/14 | 25 |
| DEADPOOL | Serial No. 86718299 | Filed 8/7/15 | 25 |

| | | | |
|---|---|---|---|
| AGE OF ULTRON | Serial No. 86015494 | Filed 7/19/13 | 25 |
|  | Serial No. 86296543 | Filed 5/30/14 | 25 |
| CAPTAIN MARVEL | Serial No. 86435556 | Filed 10/27/14 | 25 |
| AVENGERS: INFINITY WAR | Serial No. 86435286 | Filed 10/27/14 | 25 |
| INHUMANS | Serial No. 86435974 | Filed 10/27/14 | 25 |
| FANTASTIC FOUR | 0893303 | 6/23/70 | 16 |
| THE INCREDIBLE HULK | 0890917 | 5/12/70 | 16 |
| MARVEL | 0870506 | 6/3/69 | 16 |
| SUB-MARINER | 0891593 | 5/26/70 | 16 |
| THE AVENGERS | 0885486 | 2/3/70 | 16 |
| CAPTAIN AMERICA | 0854655 | 8/13/68 | 16 |
| IRON MAN | 0893304 | 6/23/70 | 16 |
| THE MIGHTY THOR | 0890918 | 5/12/70 | 16 |
| DAREDEVIL | 0891294 | 5/19/70 | 16 |
| MARVEL BOY | 0913594 | 6/8/71 | 16 |
| THE HUMAN TORCH | 0884168 | 1/13/70 | 16 |
| TOMB OF DRACULA | 0959886 | 5/29/73 | 16 |
| THOR | 0958186 | 5/1/73 | 16 |
| HULK | 0970791 | 10/16/73 | 16 |
| CAPTAIN MARVEL | 0976419 | 1/8/74 | 16 |
|  | 0891591 | 5/26/70 | 16 |
|  | 0885487 | 2/3/70 | 16 |
|  | 0882903 | 12/23/69 | 16 |

| | | | |
|---|---|---|---|
|  | 0879980 | 11/4/69 | 16 |
| GHOST RIDER | 1044113 | 7/20/76 | 16 |
| WARLOCK | 1111736 | 1/23/79 | 16 |
| POWER MAN | 1064435 | 4/26/77 | 16 |
| NOVA | 1099494 | 8/15/78 | 16 |
| THE INHUMANS | 1082514 | 1/17/78 | 16 |
| IRON FIST | 1082515 | 1/17/78 | 16 |
| THE INVADERS | 1082516 | 1/17/78 | 16 |
| DOCTOR STRANGE | 1099497 | 8/15/78 | 16 |
| HOWARD THE DUCK | 1099500 | 8/15/78 | 16 |
| STAR-LORD | 1139223 | 9/2/80 | 16 |
| BLACK PANTHER | 1163660 | 8/4/81 | 16 |
| X-MEN | 1161898 | 7/21/81 | 16 |
| HULK | 1252880 | 10/4/83 | 16 |
| MARVEL UNIVERSE | 1272677 | 4/3/84 | 16 |
| THE THING | 1280728 | 6/5/84 | 16 |
| WOLVERINE | 1395639 | 6/3/86 | 16 |
| POWER PACK | 1403958 | 8/5/86 | 16 |
| SECRET WARS | 1380412 | 1/28/86 | 16 |
| X-FACTOR | 1435538 | 4/7/87 | 16 |
| THE PUNISHER | 1546411 | 7/4/89 | 16 |
| EPIC | 1284248 | 7/3/84 | 16 |
| ALPHA FLIGHT | 1301601 | 10/23/84 | 16 |
| THE NEW MUTANTS | 1301605 | 10/23/84 | 16 |
| MARVEL AGE | 1301604 | 10/23/84 | 16 |
|  | 1323166 | 3/5/85 | 16 |
| CAPTAIN AMERICA | 1349244 | 7/16/85 | 16 |
| SUPER-VILLAINS | 1324393 | 3/12/85 | 16 |
| X-FORCE | 1685314 | 5/5/92 | 16 |
| CABLE | 1736549 | 12/1/92 | 16 |
| NAMOR | 1752508 | 2/16/93 | 16 |
| ELEKTRA | 1797765 | 10/12/93 | 16 |
| BISHOP | 1736550 | 12/1/92 | 16 |
| WAR MACHINE | 1797824 | 10/12/93 | 16 |
| DEADPOOL | 1828247 | 3/29/94 | 16 |
| SABRETOOTH | 1836773 | 5/17/94 | 16 |
| BLADE | 1949390 | 1/16/96 | 16 |
| BEAST | 1858599 | 10/18/94 | 16 |

| | | | |
|---|---|---|---|
| GREEN GOBLIN | 2132961 | 1/27/98 | 16 |
| VENOM | 1844354 | 7/12/94 | 16 |
| HAWKEYE | 1855764 | 9/27/94 | 16 |
| STORM | 1858598 | 10/18/94 | 16 |
| GAMBIT | 1885991 | 3/28/95 | 16 |
|  | 1751227 | 2/9/93 | 16 |
| CYCLOPS | 1900602 | 6/20/95 | 16 |
| MAGNETO | 1901698 | 6/27/95 | 16 |
| PROFESSOR X | 1901699 | 6/27/95 | 16 |
| ROGUE | 1911299 | 8/15/95 | 16 |
| WEAPON X | 1917929 | 9/12/95 | 16 |
| X-MEN | 2080843 | 7/22/97 | 16 |
| DOC SAMSON | 2566361 | 5/7/02 | 16 |
| THUNDERBOLTS | 2192684 | 9/29/98 | 16 |
| SILVER SURFER | 2353958 | 5/30/00 | 16 |
| MAN-THING | 2192422 | 9/29/98 | 16 |
| EARTH X | 2258049 | 6/29/99 | 16 |
| THE HOUSE OF IDEAS | 2273858 | 8/31/99 | 16 |
| MARVEL ADVENTURES | 2253189 | 6/15/99 | 16 |
| QUICKSILVER | 2288626 | 10/26/99 | 16 |
| MARVEL KNIGHTS | 2234331 | 3/23/99 | 16 |
| MASTERWORKS | 2319549 | 2/15/00 | 16 |
| DEFENDERS | 2535389 | 2/5/02 | 16 |
| UNIVERSE X | 2477357 | 8/14/01 | 16 |
| HELLCAT | 2482479 | 8/28/01 | 16 |
| SPACEKNIGHTS | 2485271 | 9/4/01 | 16 |
| BLACK WIDOW | 2571051 | 5/21/02 | 16 |
| SENTRY | 2565136 | 4/30/02 | 16 |
| CLOAK AND DAGGER | 4080329 | 1/3/12 | 16 |
| SUPER HERO SQUAD | 3814959 | 7/6/10 | 16 |
| THE TWELVE | 3500019 | 9/9/08 | 16 |
| DEATHLOK | 3778622 | 4/20/10 | 16 |
| CLANDESTINE | 4247765 | 11/27/12 | 16 |
| ANNIHILATION | 3449315 | 6/17/08 | 16 |
| QUASAR | 3523875 | 10/28/08 | 16 |
| ETERNALS | 3523873 | 10/28/08 | 16 |
| LUKE CAGE | 3536264 | 11/25/08 | 16 |
| SECRET INVASION | 3607269 | 4/14/09 | 16 |
| GUARDIANS OF THE GALAXY | 3562304 | 1/13/09 | 16 |
| DAMAGE CONTROL | 3523872 | 10/28/08 | 16 |
| SKRULLS | 3610063 | 4/21/09 | 16 |

| | | | |
|---|---|---|---|
| TRUE BELIEVERS | 3621691 | 5/19/09 | 16 |
| SKAAR | 3693500 | 10/6/09 | 16 |
| CAPTAIN BRITAIN | 3738692 | 1/19/10 | 16 |
| CARNAGE | 3944779 | 4/12/11 | 16 |
| DAILY BUGLE | 4060346 | 11/22/11 | 16 |
| DAZZLER | 4112138 | 3/13/12 | 16 |
| FALCON | 4118872 | 3/27/12 | 16 |
| KA-ZAR | 3944780 | 4/12/11 | 16 |
| SUPER-SOLDIER | 4016286 | 8/23/11 | 16 |
| X-MEN ORIGINS | 3708394 | 11/10/09 | 16 |
| MS. MARVEL | 3708691 | 11/10/09 | 16 |
| MARVELMAN | 3929407 | 3/8/11 | 16 |
| MYSTERY MEN | 4012950 | 8/16/11 | 16 |
| REALM OF KINGS | 3881086 | 11/23/10 | 16 |
| SHADOWLAND | 3877877 | 11/16/10 | 16 |
| NECROSHA | 3877878 | 11/16/10 | 16 |
| DOMINIC FORTUNE | 3763208 | 3/23/10 | 16 |
| DESTROYER | 3672596 | 8/25/09 | 16 |
| ULTIMATE X-MEN | 2621394 | 9/17/02 | 16 |
| AGENT X | 2710183 | 4/22/03 | 16 |
| KILLRAVEN | 2766941 | 9/23/03 | 16 |
| RUNAWAYS | 2834639 | 4/20/04 | 16 |
| SHE-HULK | 2943961 | 4/26/05 | 16 |
| RAWHIDE KID | 2988005 | 8/23/05 | 16 |
| MOON KNIGHT | 3164151 | 10/24/06 | 16 |
| MARY JANE | 3148819 | 9/26/06 | 16 |
| MACHINE TEEN | 3142286 | 9/12/06 | 16 |
| S.H.I.E.L.D. | 3867704 | 10/26/10 | 16 |
| DOOMWAR | 3913395 | 2/1/11 | 16 |
|  | 443812 | 11/12/13 | 16 |
| AGENTS OF ATLAS | 4069748 | 12/13/11 | 16 |
| VILLAINS FOR HIRE | 4224492 | 10/16/12 | 16 |
| MORBIUS: THE LIVING VAMPIRE | 4506592 | 4/1/14 | 16 |
| THOR: THE DARK WORLD | 4534180 | 5/20/14 | 16 |
| FANTOMEX | 4512319 | 4/8/14 | 16 |
| THE WINTER SOLDIER | 4621622 | 10/14/14 | 16 |
| NICK FURY | 4708540 | 3/24/15 | 16 |
| GUARDIANS OF THE GALAXY | 4712820 | 3/31/15 | 16 |
| NICK FURY AGENT OF SHIELD | 4716697 | 4/7/15 | 16 |

| | | | |
|---|---|---|---|
| AGENTS OF S.H.I.E.L.D. | 4717132 | 4/7/15 | 16 |
| COULSON LIVES | 4717131 | 4/7/15 | 16 |
| AVENGERS ASSEMBLE | 4813364 | 9/15/15 | 16 |
| ROCKET RACOON | 4798180 | 8/28/15 | 16 |

**EXHIBIT C**

**PLAINTIFF DISNEY ENTERPRISES, INC.'S COPYRIGHTED DESIGNS**

| Copyright Registration | Title of Work (Character) |
|---|---|
| VA 58 937 | Mickey - 1 (Mickey Mouse) |
| VA 58 938 | Minnie - 1 (Minnie Mouse) |
| Gp 80 184 | Donald Duck |
| VA 58 933 | Daisy - 1 (Daisy Duck) |
| VA 58 936 | Goofy -1 (Goofy) |
| Gp 80 192 | Pluto |
| VAu 64 814 | Baby Mickey |
| VAu 64 814 | Baby Minnie |
| VAu 73 216 | Baby Donald Duck |
| VAu 73 217 | Baby Daisy Duck |
| VAu 83 225 | Baby Goofy |
| VAu 73 219 | Baby Pluto |
| R 48 971 | Disney's Uncle Scrooge in Only a Poor Old Man |
| RE 424 728 | Walt Disney's Ludwig von Drake |
| Gp 105 126 | Horace Horsecollar |
| R 567 615 | Chip |
| R 567 614 | Dale |
| VA 184 345 | Huey, Dewey & Louie -1 |
| Gp 105 128 | Clarabelle Cow |
| RE 636 587 | **Winnie the Pooh and the Honey Tree** |
| RE 718 378 | **Winnie the Pooh and the Blustery Day** |
| VA 58 940 | Pooh - 1 (Winnie the Pooh) |
| Gp 81 528 | Rabbit |
| Gp 81 528 | Owl |
| Gp 85 651 | Kanga and Roo |
| Gp 81 528 | Eeyore |
| Gp 81 528 | Piglet |
| Gp 81 528 | Gopher |
| Gp 81 527 | Tigger |
| R 354 235 | **Snow White and the Seven Dwarfs** |
| R 346 870 | Bashful |
| R 346 869 | Doc |
| R 346 875 | Dopey |
| R 346 876 | Grumpy |
| R 346 871 | Happy |
| R 346 874 | Sleepy |
| R 346 873 | Sneezy |
| R 346 872 | Snow White |
| R 346 868 | Snow White "Witch" |
| R 406 910 | **Pinocchio** |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Form A0120 Exhibit B

| | |
|---|---|
| Gp 80 186 | Pinocchio |
| Gp 80 188 | Jiminy Cricket |
| R 427 860 | **Fantasia** |
| R 433 627 | **The Reluctant Dragon** |
| R 442 538 | **Dumbo** |
| R 428 428 | Dumbo Suggestions for Dumbo |
| R 428 420 | Mother Elephant Suggestions for "Dumbo" |
| R 428 430 | Dumbo Ringmaster Suggestions 1348 |
| R 428 427 | Dumbo - Stork Suggestions |
| R 428 426 | Timothy Mouse Suggestions |
| R 428 432 | Dumbo "Miscellaneous Crows" - 2006 |
| R 458 260 | **Bambi** |
| R 433 645 | Bambi - Bambi |
| R 433 630 | Bambi - Final Thumper Model - 2002 |
| R 433 631 | Bambi - Skunk Model - 2002 |
| R 433 636 | Bambi - Owl and Stag Models |
| R 433 632 | Faline "Adolescent Age" |
| R 433 633 | Bambi's Mother |
| R 467 541 | **Saludos Amigos** |
| R 464 785 | Joe Carioca |
| R 516 560 | **The Three Caballeros** |
| R 550 316 | **Make Mine Music** |
| R 557 922 | **Song of the South** |
| R 548 629 | Brer Rabbit |
| R 548 626 | Brer Bear |
| R 577 489 | **Fun and Fancy Free** |
| R 605 180 | **Melody Time** |
| R 636 303 | **The Adventures of Ichabod & Mr. Toad** |
| R 648 396 | **Cinderella** |
| R 632 319 | Cinderella |
| R 632 319 | Drizella |
| R 632 319 | Anastasia |
| R 632 319 | Stepmother |
| R 632 319 | Fairy Godmother |
| R 632 319 | Prince |
| R 632 319 | Bruno, the Dog |
| R 632 319 | Lucifer, the Cat |
| R 632 319 | Jaq and Gus |
| RE 27 746 | **Alice in Wonderland** |
| VA 58 920 | Alice - 1 (Alice) |
| VA 58 919 | Alice - 2 (The White Rabbit) |
| VA 58 921 | Alice – 3 (Queen of Hearts) |
| VA 58 922 | Alice - 4 (Cheshire Cat) |
| VA 58 923 | Alice - 5 (Caterpillar) |
| VA 58 924 | Alice - 6 (Tweedledee and Tweedledum) |
| VA 58 922 | March Hare |
| VA 58 922 | Mad Hatter |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Form A0120 Exhibit B

| | |
|---|---|
| RE 64 027 | **Peter Pan** |
| RE 66 285 | Peter Pan |
| RE 66 285 | Tinkerbell |
| RE 66 285 | Captain Hook |
| RE 66 285 | Mr. Smee |
| RE 66 285 | Nana |
| RE 162 852 | **Lady and the Tramp** |
| RE 101 764 | Lady |
| RE 101 764 | Tramp |
| RE 296 296 | **Sleeping Beauty** |
| RE 246 671 | Princess Aurora |
| RE 246 671 | Prince Phillip |
| RE 246 671 | Maleficent/Dragon |
| PA 1-899-203 | Maleficent |
| VA 1-374-907 | Disney Villains – Style Guide |
| RE 370 901 | **One Hundred and One Dalmatians** |
| RE 546 478 | **The Sword in the Stone** |
| RE 557 357 | Archimedes |
| RE 557 357 | Merlin |
| RE 557 357 | Wart/Arthur |
| RE 557 357 | Madame Mim |
| RE 571 201 | **Mary Poppins** |
| RE 705 510 | **The Jungle Book** |
| RE 679 798 | Mowgli |
| RE 679 799 | Baloo |
| RE 679 795 | Bagheera |
| RE 679 805 | King Louie |
| RE 679 797 | Kaa |
| RE 679 807 | Shere Khan |
| Lp 38 283 | **The Aristocats** |
| Gu 44 754 | O'Malley |
| Gu 44 750 | Duchess |
| Gu 44 748 | Edgar |
| Gu 44 745 | Roquefort |
| VA 1-099-033 | Marie Valentine Spring 2002 |
| Lp 39 817 | **Bedknobs and Broomsticks** |
| Gu 46 904 | Crocky |
| Gu 46 908 | Sailor Bear |
| Gu 46 906 | Codfish |
| Gu 46 917 | Secretary Bird |
| LP 42 905 | **Robin Hood** |
| Gu 46 582 | Robin Hood |
| Gu 46 583 | Little John |
| Gu 46 584 | Sir Hiss |
| Gu 47 230 | Sheriff of Nottingham |
| Gu 47 762 | Friar Tuck |
| Gu 46 585 | Prince John |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Form A0120 Exhibit B

| | |
|---|---|
| Gu 50 764 | Maid Marion |
| Gu 50 763 | Lady Cluck |
| Lp 49 678 | **The Rescuers** |
| Gp 96 289 | Miss Bianca |
| Gp 96 286 | Orville |
| Gp 96 288 | Madame Medusa |
| Gp 96 287 | Bernard |
| Gp 103 814 | Penny |
| Gu 57 278 | Rufus |
| Gu 56 625 | Evinrude |
| PA 1 371 | **Pete's Dragon** |
| Gp 111 695 | Elliott the Dragon |
| PA 125 861 | **The Fox and the Hound** |
| VAu 10 933 | Todd (Young) |
| VAu 10 930 | Copper (Pup) |
| VAu 10 936 | Vixey |
| VAu 10 928 | Big Mama |
| VAu 12 417 | Dinky |
| VAu 12 418 | Boomer |
| VAu 12 415 | Squeeks |
| PA 252 525 | **The Black Cauldron** |
| VAu 24 517 | Eilonwy |
| VAu 29 561 | Fflewddur |
| VAu 24 518 | Gurgi |
| VAu 24 070 | Hen Wen |
| VAu 24 592 | The Horned King |
| VAu 24 519 | Taran |
| VAu 47 075 | Orddu |
| VAu 47 073 | Orgoch |
| VAu 47 074 | Orwen |
| PA 290 808 | **The Great Mouse Detective** |
| VAu 76 103 | Basil 185-126 |
| VAu 76 102 | Dr. Dawson 1284-80 |
| VAu 81 570 | Olivia |
| VAu 76 100 | Ratigan 285-166 |
| VAu 81 572 | Fidget |
| VAu 81 571 | Flaversham |
| VAu 86 112 | Felicia - Clean Up Model 0238 |
| VAu 76 104 | Toby 285-170 |
| VAu 85 019 | Mrs. Judson |
| VAu 85 021 | Queen Victoria |
| VAu 85 022 | Bartholomew |
| PA 385 556 | **Oliver and Company** |
| VAu 104 921 | Dodger Construction Sheets |
| VAu 104 920 | Einstein Construction Sheets |
| VAu 104 919 | Frances Construction Sheets |
| VAu 104 916 | Rita Construction Sheets |

| VAu 109 377 | Oliver Rough Model |
| VAu 109 379 | Tito - Ruff Model |
| VAu 119 949 | How to Draw Georgette |
| PA 431 543 | **The Little Mermaid** |
| VAu 123 355 | Ariel 9-9-87 Ruff (Ariel) |
| VAu 123 351 | Scuttle |
| VAu 123 354 | Ruff Sebastion 9-4-87 (Sebastian) |
| VAu 123 348 | Ruff Ursula 9-9-87 (Ursula) |
| VAu 123 352 | Prince Eric |
| VAu 123 350 | Triton |
| VAu 123 353 | Flotsam/Jetsam |
| VAu 123 349 | Flounder |
| PAu 1 024 341 | **DuckTales** |
| VAu 101 067 | Launchpad McQuack |
| VAu 101 067 | Webby |
| VAu 101 067 | Doofus |
| VAu 101 067 | Mrs. Beakley |
| VAu 101 067 | Duckworth |
| PA 486 535 | **The Rescuers Down Under** |
| VAu 161 749 | Cody |
| VAu 155 884 | Jake (Rough Models) |
| VAu 155 844 | McLeach (Rough Model) |
| VAu 170 264 | Marahute (Rough Model) |
| PA 542 647 | **Beauty and the Beast** |
| VAu 200 866 | Belle (Beauty and the Beast) |
| VAu 210 914 | Beast |
| VAu 194 311 | Maurice (Beauty and the Beast) |
| VAu 199 855 | Mrs. Potts (Beauty and the Beast) |
| VAu 200 868 | Cogsworth (Beauty and the Beast) |
| VAu 194 310 | Lumiere (Beauty and the Beast) |
| VAu 201 337 | Chip (Beauty and the Beast) |
| VAu 194 307 | Gaston (Beauty and the Beast) |
| VAu 194 309 | LeFou (Beauty and the Beast) |
| VAu 199 856 | Phillipe (Beauty and the Beast) |
| VAu 200 869 | Featherduster (Beauty and the Beast) |
| PA 583 905 | **Aladdin** |
| VAu 215 432 | Aladdin - Aladdin |
| VAu 215 453 | Aladdin - Genie |
| VAu 215 793 | Aladdin - Abu |
| VAu 218 349 | Aladdin - Iago |
| VAu 230 534 | Aladdin - Rasoul |
| VAu 218 348 | Aladdin - The Sultan |
| VAu 230 533 | Aladdin - Jafar |
| VAu 221 841 | Aladdin - Jasmine |
| VAu 221 842 | Aladdin - Jafar as Beggar |
| VAu 232 164 | Aladdin - Narrator |
| PA 659 979 | **The Lion King** |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Form A0120 Exhibit B

| | |
|---|---|
| VAu 246 448 | The Lion King - Mufasa |
| VAu 245 946 | The Lion King - Sarabi |
| VAu 246 447 | The Lion King - Simba |
| VAu 246 440 | The Lion King - Young Simba |
| VAu 246 438 | The Lion King - Nala |
| VAu 246 664 | The Lion  King - Young Nala |
| VAu  245 947 | The Lion King - Rafiki |
| VAu 245 945 | The Lion King - Shenzi, Banzai & Ed |
| VAu 246 437 | The Lion King - Pumbaa |
| VAu  245 662 | The Lion King - Timon |
| VAu 246 446 | The Lion King - Scar |
| VA 611 201 | Zazu |
| PA 720 179 | **Pocahontas** |
| VAu 262 859 | Pocahontas - Pocahontas Standing |
| VAu 261 970 | Pocahontas - Powhatan |
| VAu 261 967 | Pocahontas - Percy |
| VAu 302 884 | Pocahontas - John Smith |
| VAu 302 886 | Pocahontas - Meeko the Raccoon |
| VAu 302 883 | Pocahontas - Flit the Hummingbird |
| VAu 300 559 | Pocahontas - Ratcliffe |
| VAu 302 885 | Pocahontas - Grandmother Willow |
| PA 765 713 | **Toy Story** |
| VAu 337 565 | Toy Story - Woody |
| VAu 337 566 | Toy Story - Buzz Lightyear |
| VAu 337 567 | Toy Story - Hamm |
| VAu 337 568 | Toy Story - Rex |
| VAu 337 569 | Toy Story - Bo Peep Lamp and Sheep |
| VAu 337 186 | Toy Story - Lenny |
| VAu 273 627 | Toy Story - Mom |
| VAu 348 598 | Toy Story - Andy |
| VAu 348 599 | Toy Story - Hannah |
| PA 795 221 | **The Hunchback of Notre Dame** |
| VAu 336 992 | The Hunchback of Notre Dame - Quasimodo |
| VAu 332 434 | The Hunchback of Notre Dame - Esmeralda |
| VAu 336 056 | The Hunchback of Notre Dame - Phoebus |
| VAu 336 057 | The Hunchback of Notre Dame - Djali |
| VAu 343 663 | The Hunchback of Notre Dame - Gargoyles |
| VAu 336 058 | The Hunchback of Notre Dame - Clopin |
| VAu 336 059 | The Hunchback of Notre Dame - Frollo |
| VAu 336 878 | The Hunchback of Notre Dame - Will Doll/Sam Doll |
| PA 670 961 | **Hercules** |
| VAu 369 603 | Hercules - Hercules |
| VAu 369 600 | Hercules - Baby Hercules |
| VAu 367 973 | Hercules - Meg |
| VAu 369 605 | Hercules - Pegasus |
| VAu 369 598 | Hercules - Baby Pegasus |
| VAu 367 965 | Hercules - Phil |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Form A0120 Exhibit B

| VAu 367 964 | Hercules - Hades |
| VAu 367 969 | Hercules - Pain |
| VAu 375 850 | Hercules - Panic |
| VAu 377 944 | Hercules - Hydra Head |
| PA 1 949 250 | **INSIDE OUT** |
| PA 799 025 | **Mulan** |
| VA 849 510 | Mulan |
| VAu 379 045 | The Legend of Mulan - Mulan |
| VAu 379 027 | The Legend of Mulan - Mulan as Ping |
| VAu 379 021 | The Legend of Mulan - Mushu |
| VAu 379 024 | The Legend of Mulan - Shang |
| VAu 378 480 | The Legend of Mulan - Kahn |
| VAu 381 069 | The Legend of Mulan - Cricket |
| PA 901 890 | **A Bug's Life*** |
| VA 875 986 | A Bug's Life* |
| VAu 399 357 | Flik* |
| VAu 399 356 | Hopper* |
| VAu 399 351 | Atta* |
| VAu 399 349 | Dot* |
| VAu 399 343 | Dim* |
| VAu 399 352 | Tuck & Roll* |
| VAu 399 350 | Francis* |
| VAu 399 348 | Heimlich* |
| VAu 399 353 | Slim* |
| VAu 399 342 | Rosie* |
| VAu 399 346 | P.T. Flea* |
| VAu 399 345 | Manny* |
| VAu 399 344 | Gypsy* |
| VAu 399 347 | Thumper* |
| VAu 399 354 | Molt* |
| VAu 399 355 | Queen* |
| PA 959 870 | **Toy Story 2*** |
| VAu 414 563 | Toy Story 2 - Al's Car* |
| VAu 405 573 | Toy Story 2 - Bullseye* |
| VAu 406 700 | Toy Story 2 - Coffee Table* |
| VAu 407 195 | Toy Story 2 - Cushy Chair* |
| VAu 405 571 | Toy Story 2 - Emperor Zurg* |
| VAu 405 572 | Toy Story 2 - Jessie* |
| VAu 405 197 | Toy Story 2 - L'il Yuppie* |
| VAu 405 574 | Toy Story 2 - Prospector* |
| VAu 407 196 | Toy Story 2 - Wood Chair* |
| VA960 902 | Toy Story 2 - Style Guide* |
| PA 974 011 | **Dinosaur** |
| VAu 486 473 | Aladar |
| VAu 486 477 | Baylene |
| VAu 486 476 | Bruton |
| VAu 486 478 | Eema |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Form A0120 Exhibit B

| VAu 486 475 | Kron |
|---|---|
| VAu 486 474 | Neera |
| VAu 486 472 | Plio |
| VAu 486 479 | Suri |
| VAu 486 471 | Yar |
| VA 996 530 | Dinosaur - Phase I |
| VA 992 942 | Dinosaur - Phase II |
| PA 940 885 | **The Emperor's New Groove** |
| VA 999 573 | Emporer's New Groove |
| VAu 479 682 | Kronk |
| VAu 479 685 | Kuzco |
| VAu 479 683 | Kuzco Llama |
| VAu 479 684 | Pacha |
| VAu 479 681 | Yzma |
| PA 1-250-536 | **The Incredibles** |
| VA 1-242-351 | The Incredibles |
| PA 1-322-908 | **Cars** |
| VA 1-326-323 | Cars – Style Guide |
| VA 1-403-647 | Hannah Montana – Branding Guide |
| PA 659-601 | **Tim Burton's The Nightmare Before Christmas** |
| PA 1-313-530 | **High School Musical** |
| VA 1-405-082 | High School Musical – Branding Guide |
| PA 1-627-575 | **Hannah Montana the Movie** |
| PA 1-635-067 | **Up** |
| PA 1-641-991 | **G-Force** |
| PA 1-606-305 | **Wall-E** |
| VA 1-663-815 | Wall-E – Branding and Supplement Style Guide RSM 2008 |
| PA 1-598-561 | **High School Musical 2** |
| VA 1-651-813 | High School Musical 2 – Summer 2008 Style Guide Supplement |
| PA 1-613-593 | **High School Musical 3: Senior Year** |
| VA 1-655-713 | Beverly Hills Chihuahua |
| PA 1-611-956 | **Beverly Hills Chihuahua** |
| Pau 2-921-728 | Little Mermaid III: Ariel's Beginning |
| VA 515-038 | Little Mermaid III: Ariel's Beginning |
| PA 1-623-231 | **Bedtime Stories** |
| PA 1-588-972 | **Underdog** |
| PA 1-595-126 | **Enchanted** |
| PA 1-332-118 | **Meet the Robinsons** |
| VA 1-358-218 | Meet the Robinsons—Style Guide |
| PA 1-122-518 | **Cinderella II : Dreams come true / produced by Walt Disney Television Animation : directed by John Kafka** |
| PA 1-612-331 | **Cinderella III: A Twist in Time** |
| PA 1-611-943 | **Tinker Bell** |
| PA 1-617-950 | **Bolt** |
| VA 1-663-828 | Bolt – Fall/Winter Style Guide 2008 |
| PA 1-688-323 | **Toy Story 3** |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Form A0120 Exhibit B

| | |
|---|---|
| VA 1-800-737 | Toy Story 3: GC Product Dev – Style Guide – Spring/Summer 2010 |
| PA 1-348-114 | **Handy Manny: no. 1-01** |
| VAu 959-473 | Handy Manny Design Pack – Characters |
| VA 1-650-599 | Handy Manny Repair Shop – Spring/Summer 2008 Product Development Guide |
| PA 1-224-960 | Pirates of the Caribbean: The Curse of the Black Pearl |
| PA 1-322-906 | Pirates of the Caribbean: Dead Man's Chest |
| PA 1-334-112 | Pirates of the Caribbean: At World's End |
| PA 1-737-564 | Pirates of the Caribbean: On Stranger Tides |
| PA 1-742-101 | Cars 2 |
| VAu 1-089-554 | Cars 2: Professor Z |
| VA 1-781-144 | Cars 2: Tokyo City - Mini |
| PA 1-814-870 | Wreck-It Ralph |
| VAu 1-116-667 | Wreck-It Ralph: Adorabeezle Winterpop |
| VAu 1-116-688 | Wreck-It Ralph: Duncan |
| VAu 1-116-686 | Wreck-It Ralph: King Candy |
| VAu 1-116-671 | Wreck-It Ralph: Gloyd Orangboar |
| PA 1-800-721 | Brave |
| VAu 1-093-274 | Brave: Angus |
| VAu 1-089-531 | BRAVE: Family – King Fergus, Queen Elinor, Merida & Royal Triplets Harris, Hubert & Hamish |
| VA 1-814-373 | Brave: General Art Guide |
| PA 1-713-579 | Tron: Legacy |
| VA 1-753-501 | Tron Legacy: Vertical Banner: Olivia |
| VA 1-753-496 | Tron Legacy: Vertical Banner: Jeff |
| VA 1-753-498 | Tron Legacy: Vertical Banner: Garrett |
| PA 1-811-293 | Frankenweenie |
| VAu 1-082-013 | Frankenweenie: Bob |
| VAu 1-082-015 | Frankenweenie: Edgar "E" Gore |
| VAu 1-075-939 | Frankenweenie: Mr. Frankenstein |
| PA 1-856-767 | Planes |
| PA 1-656-826 | **Princess and the Frog, The** |
| PA 1-713-851 | **Tangled** |
| PA 1-871-077 | **Frozen** |
| VA 1-869-411 | Disney Frozen Product Development Portfolio FH13 |
| PA 1-038-178 | **Monsters, Inc.** |
| PA 1-848-339 | **Disney Pixar Monsters University** |
| PA 1-146-502 | **Finding Nemo** |
| PA 1-354-935 | **Ratatouille** |
| PA 1-703-137 | **Tinker Bell and the Great Fairy Rescue** |
| VA 1-800-738 | Tinker Bell and the Great Fairy Rescue-Global Creative P Fall 2010 |
| VA 1-831-654 | Doc McStuffins-Global Creative P-SS13 |
| VA 1-770-111 | Disney Handy Manny-Tool Team Product Design Portfolio-Preschool |
| VA 1-802-675 | Jake and the Neverland Pirates-Global Creative B Preschool FA12 (Disney Jr) |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Form A0120 Exhibit B

| VA 1-850-709 | Disney Sofia the First-Global Creative P FH13 |
| VA 1-766-270 | Phineas and Ferb Branding Guide Global Creative Boys FA11 |
| VA 1-864-307 | Disney The Muppets Character Art & Photography Guide |
| PA 1-082-244 | **Lilo and Stitch** |
| VA 1-094-896 | Lilo and Stitch |
| PA 1-923-820 | Big Hero 6 |
| VA 1-927-317 | Disney Big Hero 6: Baymax Supplement Guide FH14 |

Marvel Characters, Inc. et al. v. Tee Fury LLC: Form A0120 Exhibit B

## EXHIBIT D

### PLAINTIFF DISNEY ENTERPRISES, INC.'S TRADEMARKS

| Trademark | Trademark Registration No. | Trademark Registration Date | International Class(es) of Goods |
|---|---|---|---|
| MICKEY MOUSE | 3,588,873 | 3/10/2009 | 9, 14, 16, 18, 25 |
| MICKEY MOUSE | 3,011,935 | 11/1/2005 | 25 |
| MICKEY MOUSE | 3,750,188 | 2/16/2010 | 9, 16, 18, 25 |
|  | 3,580,903 | 2/24/2009 | 25 |
|  | 4,436,787 | 11/19/2013 | 3, 9, 16, 18, 21, 24, 28 |
|  | 3,580,905 | 2/24/2009 | 16 |
|  | 2,704,887 | 4/8/2003 | 16, 18, 20, 21, 24, 25, 28 |
|  | 2,784,058 | 11/18/2003 | 25 |
| MINNIE MOUSE | 3,767,850 | 3/30/2010 | 25, 28 |
| MINNIE MOUSE | 3,002,502 | 9/27/2005 | 25 |

| | | | |
|---|---|---|---|
|  | 3,580,907 | 2/24/2009 | 25 |
|  | 4,436,786 | 11/19/2013 | 3, 9, 16, 18, 21, 24, 28 |
|  | 3,572,934 | 2/10/2009 | 16 |
|  | 4,273,733 | 1/15/2013 | 3, 9, 14, 16, 18, 20, 21, 24, 25, 28, 30 |
|  | 2,707,323 | 4/15/2003 | 16, 18, 21, 24, 25, 28 |
| PLUTO | 4,309,514 | 3/26/2013 | 3, 25 |
| GOOFY | 4,392,604 | 8/27/2013 | 21, 25 |
| GOOFY | 4,324,736 | 4/23/2013 | 9, 14, 21, 25, 28 |
|  | 4,333,180 | 5/14/2013 | 3, 9, 16, 18, 20, 21, 24, 25, 28 |
|  | 2,721,608 | 6/3/2003 | 9, 16, 18, 20, 21, 25, 28 |

| | | | |
|---|---|---|---|
| DONALD DUCK | 3,775,092 | 4/13/2010 | 25, 28 |
|  | 4,222,295 | 10/9/2012 | 3, 9, 14, 16, 18, 20, 21, 24, 25, 28 |
| DONALD DUCK | 2,949,699 | 5/10/2005 | 25 |
|  | 2,704,890 | 4/8/2003 | 9, 16, 18, 20, 21, 25, 28 |
| DISNEY | 3,088,198 | 5/2/2006 | 25 |
| DISNEYLAND | 3,415,502 | 4/22/2008 | 25 |
| DISNEY PRINCESS | 3,506,495 | 9/23/2008 | 25 |
| DISNEY PRINCESS | 3,367,264 | 1/8/2008 | 25 |
|  | 4,531,172 | 5/20/2014 | 3, 9, 14, 16, 18, 20, 21, 24, 25, 28 |
| WALT DISNEY | 3,268,689 | 7/24/2007 | 25 |
|  | 4,063,702 | 11/29/2011 | 25 |

| | | | |
|---|---|---|---|
|  | 4,412,569 | 10/8/2013 | 3, 9, 14, 16, 18, 20, 21, 24, 25, 28 |
| WINNIE THE POOH | 3,261,742 | 7/10/2007 | 25 |
| POOH | 3,175,607 | 11/21/2006 | 25 |
|  | 4,195,045 | 8/21/2012 | 3, 9, 14, 16, 18, 20, 21, 24, 25, 28 |
| POOH | 4,551,975 | 6/17/2014 | 25 |
|  | 4,195,044 | 8/21/2012 | 3, 9, 16, 18, 20, 21, 24, 25, 28 |
|  | 3,926,918 | 3/1/2011 | 3, 9, 16, 18, 20, 21, 24, 25, 28 |
| PIGLET | 4,118,780 | 3/27/2012 | 14, 18, 20, 21, 24, 25, 28, 41 |
|  | 4,342,795 | 5/28/2013 | 3, 9, 14, 16, 18, 20, 21, 24, 25, 28 |
|  | 4,400,332 | 9/10/2013 | 3, 9, 14, 16, 18, 20, 21, 24, 25, 28 |

| | | | |
|---|---|---|---|
| TIGGER | 4,739,239 | 5/19/2015 | 9, 14, 16, 18, 20, 21, 24, 25, 28 |
|  | 3,595,174 | 3/24/2009 | 25 |
|  | 3,591,618 | 3/17/2009 | 16 |
|  | 4,358,249 | 6/25/2013 | 3, 9, 16, 18, 20, 21, 24, 25, 28 |
| EEYORE | 2,978,291 | 7/26/2005 | 25 |
|  | 3,591,614 | 3/17/2009 | 25 |
| EEYORE | 3,658,573 | 7/21/2009 | 9, 25, 28 |
|  | 4,250,453 | 11/21/2012 | 3, 9, 16, 18, 20, 21, 24, 25, 28 |
| MALEFICENT | 3,949,124 | 4/19/2011 | 9, 14, 16, 18, 20, 21, 24, 25, 28 |

| | | | |
|---|---|---|---|
|  | 4,590,610 | 8/26/2014 | 3, 9, 14, 16, 18, 20, 21, 24, 25 |
| CINDERELLA | 3,818,772 | 7/13/2010 | 14, 25 |
|  | 4,531,170 | 5/20/2014 | 3, 9, 16, 18, 20, 21, 24, 25, 28 |
|  | 4,557,779 | 7/1/2014 | 3, 9, 16, 18, 20, 21, 24, 25, 28 |
|  | 4,381,481 | 8/13/2013 | 3, 9, 16, 18, 20, 21, 24, 25, 28 |
| SNOW WHITE | 3,909,351 | 1/18/2011 | 18, 21, 25 |
| SLEEPING BEAUTY | 4,705,631 | 3/24/2015 | 25 |
| PETER PAN | 3,655,992 | 7/14/2009 | 25 |
| TINKER BELL | 3,633,284 | 6/2/2009 | 25 |
|  | 3,370,950 | 1/15/2008 | 25 |

| | | | |
|---|---|---|---|
|  | 3,447,049 | 6/10/2008 | 25 |
| TINK | 3,561,526 | 1/13/2009 | 25 |
|  | 4,381,482 | 8/13/2013 | 3, 9, 16, 18, 20, 21, 24, 25, 28 |
| LILO AND STITCH | 2,802,901 | 1/6/2004 | 16 |
| LILO AND STITCH | 2,821,509 | 3/9/2004 | 25 |
|  | 3,358,117 | 12/18/2007 | 25 |
|  | 3,166,829 | 10/31/2006 | 25 |
| LIGHTNING MCQUEEN | 3,170,195 | 11/7/2006 | 25 |
| TOY STORY | 3,884,396 | 11/30/2010 | 25 |
|  | 4,412,568 | 10/8/2013 | 3, 9, 14, 16, 18, 20, 21, 24, 25, 28 |
| CHESHIRE CAT | 3,794,964 | 5/25/2010 | 9, 14, 18, 20, 21, 24, 25, 28 |

| | | | |
|---|---|---|---|
| Disney FROZEN | 4664465 | 12/30/14 | 25 |
| Disney FROZEN | 4760834 | 6/23/15 | 16 |
| MONSTERS UNIVERSITY | 4,486,434 | 2/18/2014 | 25 |
| MONSTERS UNIVERSITY | 4,597,473 | 9/2/2014 | 25 |
| M | 2,882,165 | 9/7/2004 | 16 |

**EXHIBIT E**

**PLAINTIFFS LUCASFILM LTD. LLC AND LUCASFILM ENTERTAINMENT COMPANY LTD. LLC'S COPYRIGHTED DESIGNS**

| Copyright Registration | Title of Work (Character) |
|---|---|
| RE 925-302 | Star Wars: Episode IV – A New Hope |
| PA 072-282 | Star Wars: Episode V – The Empire Strikes Back |
| PA 172-810 | Star Wars: Episode VI – Return of the Jedi |
| PA 933-148 | Star Wars: Episode I – Phantom Menace |
| PA 1-072-564 | Star Wars: Episode II – Attack of the Clones |
| PA 1-271-265 | Star Wars: Episode III – Revenge of the Sith |
| VA 1-869-797 | Star Wars Episode IV A New Hope Product Development Portfolio EV |
| RE 903-682 | Tie Fighter Chasing X-Starfighter |
| VA 1-762-350 | Yoda |
| VA 134-990 | Luke Skywalker |
| RE 905-920 | Luke Skywalker |
| VA 971-032 | Anakin Skywalker |
| VA 135-000 | Boba Fett |
| VA 134-993 | R2-D2 |
| VA 134-943 | R2-D2 and C-3PO |
| VA 971-030 | C-3PO |
| VA 134-994 | C-3PO |
| VA 1-843-230 | Darth Vader and Son |
| VA 134-991 | Darth Vader |
| VA 074-472 | Darth Vader |
| VA 971-037 | Darth Maul |
| VA 134-992 | Princess Leia |
| VA 134-999 | Han Solo |
| PA 1-975-592 | Star Wars: Episode VII – The Force Awakens |
| PA 1-924-313 | Star Wars: The Force Awakens – Teaser Trailer |
| PA 1-940-912 | Star Wars: The Force Awakens – Teaser Trailer 2 |
| VA 1-942-692 | Star Wars Episode VII: The Force Awakens – Product Development Style Guide: Phase 1 – Pre-Movie Release FH15 |

**EXHIBIT F**

**PLAINTIFFS LUCASFILM LTD. LLC AND LUCASFILM ENTERTAINMENT COMPANY LTD. LLC TRADEMARKS**

| Trademark | Trademark Registration No. | Trademark Registration Date | International Class(es) of Goods |
|---|---|---|---|
|  | 3646331 | 6/30/2009 | 25, 28 |
|  | 3443879 | 6/10/2008 | 25, 28 |
|  | 3646330 | 6/30/2009 | 25, 28 |
|  | 3443878 | 6/10/2008 | 25, 28 |
| MAY THE FOURTH BE WITH YOU | Serial No. 86342054 | Filed 7/18/2014 | 25 |
| MAY THE FOURTH BE WITH YOU | Serial No. 86342025 | Filed 7/18/2014 | 16 |
| VADER | 3794989 | 5/25/2010 | 16 |
| THE FORCE | 4396375 | 9/3/2013 | 16 |
| THE FORCE AWAKENS | Serial No. 86446416 | Filed 11/6/2014 | 25 |
| THE FORCE AWAKENS | Serial No. 86446385 | Filed 11/6/2014 | 16 |
| STAR WARS THE FORCE AWAKENS | Serial No. 86446536 | Filed 11/6/2014 | 25 |

| | | | |
|---|---|---|---|
| DARTH VADER | 1272312 | 4/3/1984 | 25 |
| STAR WARS REBELS | 4782447 | 7/28/2015 | 9, 16, 25, 28, 41 |
| STAR WARS REBELS | 4704576 | 3/17/2015 | 16, 25, 28, 41, 45 |
| STARWARS REPUBLIC COMMANDO | 3538703 | 11/25/2008 | 16 |
| SITH | 4301630 | 3/12/13 | 16, 25, 41 |
|  | 3773551 | 4/6/2010 | 25 |
|  | 3670987 | 8/18/2009 | 25 |
|  | 3939491 | 4/5/11 | 25, 28 |
|  | 3953084 | 5/3/11 | 25, 28 |
| STAR WARS | 1126381 | 10/30/79 | 14, 16, 21, 25, 28 |
| C-3PO | 1308136 | 12/4/84 | 25 |
| STAR WARS | 1371389 | 11/19/85 | 25 |
| R2-D2 | 1898157 | 6/6/95 | 25 |
| C-3PO | 1899935 | 6/13/95 | 25 |
| STAR WARS | 2534385 | 1/29/02 | 25 |
| ANAKIN SKYWALKER | 2588678 | 7/2/02 | 25 |
| JEDI TRAINING | 3368034 | 1/15/08 | 25, 41 |

| | | | |
|---|---|---|---|
| ACADEMY | | | |
|  | 3443880 | 6/10/08 | 25, 28 |
|  | 364332 | 6/30/09 | 25, 28 |
|  | 3443881 | 6/10/08 | 25, 28 |
|  | 3646804 | 6/30/09 | 25, 28 |
| THE CLONE WARS | 4298357 | 3/5/13 | 16, 25, 41 |
| STAR WARS THE CLONE WARS | 4257889 | 12/11/12 | 16, 25, 41 |
|  | 3503765 | 9/23/08 | 16, 25, 41 |
| MUTT WILLIAMS | 3867986 | 10/26/10 | 25, 28 |
|  | 3823874 | 7/27/10 | 25, 28 |
| BOBA FETT | 3936432 | 3/29/11 | 25, 28 |
| WOOKIEE | 4246352 | 11/20/12 | 25 |

| | | | |
|---|---|---|---|
| REVENGE OF THE SITH | 3794982 | 5/25/10 | 16, 25, 41 |
| GENERAL GRIEVOUS | 3694161 | 10/06/09 | 16, 25, 41 |
| JEDI | 3794988 | 5/25/10 | 16, 25 |
| YODA | 3716938 | 11/24/09 | 16, 25 |
| STAR WARS FORCE FOR CHANGE | Serial No. 86288216 | Filed 5/21/14 | 25 |
| STAR WARS FORCE FOR CHANGE | Serial No. 86288264 | Filed 5/21/14 | 25 |
| BB-8 | Serial No. 86478453 | Filed 12/11/14 | 25 |
| KYLO REN | Serial No. 86478482 | Filed 12/11/14 | 25 |
| POE DAMERON | Serial No. 86478496 | Filed 12/11/14 | 25 |
| STAR WARS DETOURS | Serial No. 86361258 | Filed 8/8/14 | 25 |
| C-3PO | Serial No. 86588641 | Filed 4/6/15 | 25 |
| STAR WARS ROGUE ONE | Serial No. 86561417 | Filed 3/11/15 | 25 |
| STAR WARS | 1127229 | 12/7/79 | 16, 28 |
| DARTH VADER | 1303681 | 11/6/84 | 16 |
| C-3PO | 1296148 | 9/18/84 | 16 |
| OBI-WAN KENOBI | 2574001 | 5/28/02 | 16 |
| STAR WARS | 2487815 | 9/11/01 | 16 |
| THE PHANTOM MENACE | 2480366 | 8/21/01 | 16 |
| JANGO FETT | 2802766 | 1/6/04 | 16 |
| ATTACK OF THE CLONES | 2782578 | 11/11/03 | 16 |
| STAR WARS THE BOUNTY HUNTERS | 3785058 | 5/4/10 | 16 |
| MANIAC MANSION | Serial No. 85939906 | Filed 5/22/13 | 16 |
| LUCAS BOOKS | 4685623 | 2/10/15 | 16 |
| BATTLEFRONT | Serial No. 86601114 | Filed 4/17/15 | 16 |
| STAR WARS DETOURS | Serial No. 86361203 | Filed 8/8/14 | 16 |

| | | | |
|---|---|---|---|
| PRINCESS LEIA | Serial No. 86476868 | Filed 12/10/14 | 16 |
| DARTH VADER | Serial No. 86476872 | Filed 12/10/14 | 16 |
| CAPTAIN PHASMA | Serial No. 86478469 | Filed 12/11/14 | 16 |
| BB-8 | Serial No. 86478447 | Filed 12/11/14 | 16 |
| POE DAMERON | Serial No. 86478490 | Filed 12/11/14 | 16 |
| STAR WARS ROGUE ONE | Serial No. 86561402 | Filed 3/11/15 | 16 |
| KYLO REN | Serial No. 86478475 | Filed 12/11/14 | 16 |